EXHIBIT 2



Certified Public Accountants

# Myers and Stauffer
## Fair Market Value, Commercial Reasonable Assessment

U.S. ex rel Michael K Drakeford, M.D., v. Tuomey Healthcare System, INC.,

Prepared by
Kathleen A McNamara
On
March 13, 2009

## Other Cases

Depositions or trial testimony given by Kathy McNamara on behalf of the US government:
- United States ex rel. Kaczmarczyk, et al. v. SCCI Health Services Corp., et al.- (valuation of medical director services).
- United States v. Robert Bourseau et al. (valuation of management services)
- United States v. Diabetes Treatment Center of America (valuation of physician/medical director services).
- United States v. Complete Home Health Care (non allowable Medicare costs).

Prepared by

*[signature: Kathleen A. McNamara]*

Kathleen A. McNamara, CPA
Senior Manager
Myers and Stauffer LC