## **DESCRIPTIVE INDEX OF DOCUMENTS AT ISSUE, PER LOCAL RULE 5.03**

1. United States' Memorandum in Support of Motion for Partial Summary Judgment & accompanying Appendix.