IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

CA NO.  3:05-CV-02858-MJP

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.,<br>MICHAEL K. DRAKEFORD, M.D., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>)<br>) |
| TUOMEY d/b/a TUOMEY HEALTHCARE<br>SYSTEM, INC. | )<br>)<br>) |
| Defendant. | )<br>) |

## DECLARATION OF RUBEN STECK

I, Ruben Steck, being over eighteen years of age and otherwise competent to testify, do depose and state as follows based upon my personal knowledge:

1.    I am an owner of Steck Consulting, LLC.  I was engaged by the United States in this case to analyze certain records of claims submitted to, and paid by, the Medicare program in connection with services provided by defendant Tuomey and several physicians who had contracts with Tuomey.  The details of my analysis and the methodology I used are set out in two reports, the first dated March 16, 2009 and the second dated November 16, 2009.  Both reports are attached to this declaration as Exhibits B and C.

2.    On November 3, 2009, I received a disk containing claims records that I understood had been provided by Tuomey to the Department of Justice ("DOJ") in

EXHIBIT 1

response to DOJ's requests and a telephone conference on July 10, 2009, with Tuomey's counsel and hospital personnel in which I participated in order to discuss the format, fields and parameters of the records DOJ needed from Tuomey. The disk arrived from Tuomey too late for me to review before DOJ's deadline of November 17, 2009 for me to update and supplement my March 16, 2009 report.

3.    After my supplemental report had been completed, I examined the records provided by Tuomey on the disk. I noticed that for several months, the number of claims records appeared abnormally low. The number of records for these time periods also did not correspond to the claims records I had received for the same time periods from Federal Government sources. I am unable to determine why Tuomey's disk contains such unexpectedly low numbers of records for these time periods. A graph is attached hereto as Exhibit A showing the unexplained dip in claims records for certain time periods.

4.    Additionally, I understood from the telephone conference in which I participated that Tuomey would supply records not only for institutional (*i.e.*, hospital) claims to Medicare, but also would supply the claims records submitted to, and paid by, Medicare on behalf of the physicians with whom Tuomey had contracts for their services. The records submitted and paid on behalf of the physicians were not provided on the disk. Accordingly, I am not able to compare Tuomey's records for the

physician services with those provided by Federal Government sources for the periods and services in question in this case.

I hereby certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: 1/21/2010

Ruben Steck



**Exhibit A**
**Monthly Medicare Claim Counts**
CMS-Provided vs. Tuomey-Provided

# Report of Steck Consulting, LLC

**United States of America, ex rel.,**
**Michael K. Drakeford, M.D.,**
**v.**
**Tuomey Healthcare System, Inc.**

**March 16, 2009**

EXHIBIT B

## I. Introduction

In November 2007, Steck Consulting, LLC was contacted by Department of Justice attorneys to discuss the analysis of Medicare and Medicaid hospital claims submitted by Tuomey Healthcare System, Inc. (Tuomey).  The attorneys provided us with a list of physicians and asked us to identify specific Tuomey hospital claims related to the physicians.  These physicians had part-time employment contracts with physician practice groups owned by Tuomey.

We were asked first to identify hospital claims for services provided by Tuomey on the same date (and for the same patients) as services provided directly by the physicians working for the Tuomey-owned groups under the part-time employment contracts.  We understood from the attorneys that these hospital claims were for services that would not have been performed by Tuomey if the physicians had provided their services at a different, non-Tuomey facility.  We also understood from the attorneys that Tuomey had established the hospital-based physician practice groups and encouraged the physicians to enter into part-time employment contracts to ensure that the physicians continued to provide their services at Tuomey rather than establishing their own facilities. We were asked to develop a method to identify and quantify these claims to show the potential loss to Tuomey had the physicians not performed their services at the Tuomey facility.

We were also asked to identify all Tuomey claims that explicitly indicated that at least one of the physicians with part-time employment contracts had played a role in the medical care provided by the hospital.  We understood that these claims were submitted in violation of federal laws and that the claims (and the amounts reimbursed for them)

- 1 -

would be used as a factor in the government's damage calculations.  We were asked to develop a method to identify and quantify these claims as well.

This report describes the data we used in our analysis, the details of our analytic methods and our results.

## II. Data Considered

All analyses described in this report were based on the following data sets and information:

### A.  Medicare Claims Data

On December 26, 2007, Steck Consulting received a CD from TriCenturion, a Medicare contractor, containing Tuomey Medicare hospital claims and the Medicare claims for services provided by the physicians with part-time employment agreements.  These Medicare records are for claims with payment dates from January 9, 2003 through November 30, 2007.

### B.  Medicaid Claims Data

On November 21, 2007, Steck Consulting received a CD from U.S. Department of Justice trial attorney Tracy Hilmer, containing Tuomey Medicaid hospital claims and the Medicaid claims for services provided by the physicians with part-time employment agreements.  These Medicaid records are for claims with payment dates from January 14, 2005 through September 28, 2007.

### C.  Additional Information

Steck Consulting received additional communications from the

Department of Justice identifying individual physicians and their Medicare and Medicaid provider IDs, the Tuomey-owned physician practice groups (and associated Medicare and Medicaid IDs) with which they had part-time employment contracts, and the dates of the physicians' entry into employment agreements with the practice groups. This information is summarized in Attachment A. We were also provided with a copy of the government's initial disclosure submitted May 28, 2008 and the government's second amended complaint filed November 12, 2008.

Upon receipt of the CDs, we verified and validated the Medicare and Medicaid claims data. Among other steps, we ensured that the data represented hospital claims for Tuomey and physician claims for the physicians identified in Attachment A and contained the data fields and values required to perform the requested analyses.

## III. Analytic Approach

As stated above, we received Medicare and Medicaid hospital claims for services provided by Tuomey as well as claims for services performed by the individual physicians with part-time employment contracts. To be reimbursed by Medicare and Medicaid, physicians, hospitals and other healthcare providers must submit claims for payment. These claims for payment identify the provider (in this case the hospital or a physician and his or her practice group), the patient, the dates of service, and other information related to the service as well as information required to process and pay the claim. The Medicare and Medicaid programs process these records of service, adding

information related to the processing of the claim, including the amount paid for the claim. These data elements, along with the list of physicians, their practice groups and the starting dates of their contracts, form the basis of our analyses.

## A. Medicare Analysis

### 1. Practice Group-Related Tuomey Hospital Claim Analysis

As stated in the introduction, we were asked to identify Tuomey hospital claims for services provided on the same date as services provided by the physicians acting under part-time employment contracts. To perform this analysis, we considered every Tuomey out-patient, single-date-of-service hospital claim in turn. Because hospital and physician claims both indicate the patient and the date of service in the same way, we were able to identify every hospital claim that had a matching physician service for the same patient on the same date. To ensure that any matching physician claims were for services provided by physicians acting under part-time employment contracts, we limited each physician's claims to those indicating a Toumey-owned practice group <u>and</u> occurring on or after the starting date of the physician's contract.

We were asked to summarize the number of hospital claims identified in this manner and the amounts paid for them and to group these results by year and by physician and practice group. To ensure reproducibility and to ensure that each Tuomey hospital claim is counted only once and properly associated with one and only one physician and practice group, we had to consider and account for the possibility that more than one physician with an active part-time contract could provide services on the same date as the hospital's service. In these instances we chose the physician with the ID

occurring first when the IDs are sorted in ASCII order. In this way, each matching hospital claim was associated with one and only one physician and practice group.

Table I and Table II, below, show the paid amounts and claim counts, respectively, for all Tuomey hospital claims identified in the manner described above. The results are grouped by year, by the associated physicians, and by the physician practice group with which each physician had a part-time contract. In total, during the period for which we received data, there were 8,497 hospital claims identified in this manner for which Tuomey was paid $4,481,982. Of those, there were 8,490 claims for service that identified an attending physician with an active employment contract and for which Tuomey was paid $4,478,805.

### 2. Physician-Related Toumey Hospital Claim Analysis

As stated in the introduction, we were also asked to develop a method to identify Tuomey hospital claims directly associated with the physicians having part-time employment contracts, whether the physician provided services under their contracts or not. This analysis relied on two data fields in the hospital claims that identify the attending and operating physicians associated with the services provided by the hospital. We considered each Tuomey hospital claim in turn and determined whether the attending and/or operating physician had an active contract at the time of the hospital service.

We were asked to summarize the number of hospital claims identified in this manner and the amounts paid for them and to group these results by year and by physician and practice group. To ensure reproducibility and to ensure that each Tuomey hospital claim is counted only once and is properly associated with one and only one

- 5 -

physician and practice group, we had to consider the possibility that the claim could

identify different attending and operating physicians.  In the instances where the

attending and operating physicians were different but both had active contracts, we chose

the attending physician for purposes of grouping the claim counts and paid amounts.

Table III and Table IV, below, show the paid amounts and claim counts,

respectively, for all hospital claims identified in this manner grouped by year, physician

and practice group.  In total, during the period for which we received data, there were

16,982 hospital claims identified in this manner for which Tuomey was paid

$26,992,118.  Of those, there were 14,923 claims for which Tuomey was paid

$11,071,211 for which the attending physician had an active employment contract.


## B. Medicaid Analysis

### 3. Practice Group-Related Tuomey Hospital Claim Analysis

To identify Tuomey Medicaid claims for hospital services provided on the same

date as Medicaid services provided by the physicians having part-time employment

contracts, we used the Medicaid data elements corresponding to the data elements used in

our Medicare data analysis.  As with our Medicare analysis, we first considered each

Tuomey out-patient, single-date-of-service hospital Medicaid claim in turn.  For each

hospital claim, we then identified all physician Medicaid claims for the same patient

performed by physicians with active contracts on the same date as the hospital claim and

which identify the Tuomey-based practice group.  We used the same approach as in our

Medicare analysis to account for the possibility that more than one physician may have

provided services on the same date.  We again ensured that each identified hospital claim

- 6 -

was counted only once and was associated with one and only one physician with an active part-time contract.

Table V and Table VI, below, show the paid amounts and claim counts, respectively, for all hospital claims identified in this manner grouped by year, physician and practice group.  In total, during the period for which we received data, there were 1,322 hospital claims identified in this manner for which Tuomey was paid $497,767.

### 4. Physician-Related Toumey Hospital Claim Analysis

Because Medicaid hospital claims do not indicate an attending or operating physician, we were unable to perform an analysis equivalent to our second Medicare analysis.

## IV. Results

**Practice Group-Related Hospital Medicare Payments**

| Group | Physician | 2005 | 2006 | 2007 | Grand Total |
|---|---|---|---|---|---|
| Tuomey Gastroenterology | Floyd Angus | 142,754 | 138,289 | 98,839 | 379,883 |
| | Kent Cunningham | 180,220 | 170,912 | 181,366 | 532,499 |
| | Scott R. McDuffie | 226,118 | 250,141 | 203,059 | 679,319 |
| | Ted Williams | 179,696 | 188,522 | 167,672 | 535,890 |
| **Tuomey Gastroenterology Total** | | **728,788** | **747,865** | **650,937** | **2,127,590** |
| Tuomey OB/GYN | Helen Latham | 7 | 818 | 1,536 | 2,361 |
| | John Britton | 1,801 | | 1,245 | 3,046 |
| | Murrell Smith | 768 | | | 768 |
| | Tessa Kincade | | 2,205 | | 2,205 |
| **Tuomey OB/GYN Total** | | **2,576** | **3,023** | **2,781** | **8,379** |
| Tuomey Ophthalmology | James Goodson | 556,028 | 633,379 | 482,426 | 1,671,833 |
| **Tuomey Ophthalmology Total** | | **556,028** | **633,379** | **482,426** | **1,671,833** |
| Tuomey Surgical | Hans Brings | 19,144 | 34,507 | 27,766 | 81,417 |
| | Henry P. Moses | 50,127 | 99,370 | 66,992 | 216,489 |
| | James W. Ellett | 19,184 | 11,988 | 3,177 | 34,349 |
| | Jon Stanford | 24,044 | 57,556 | 37,251 | 118,851 |
| | Mark M. Crabbe | 66,757 | 58,191 | 58,170 | 183,118 |
| | Steven C. Lauzon | | 3,335 | 36,620 | 39,955 |
| **Tuomey Surgical Total** | | **179,257** | **264,947** | **229,976** | **674,180** |
| **Total** | | **1,466,648** | **1,649,215** | **1,366,119** | **4,481,982** |

Table I - Practice Group-Related Hospital Medicare Payments

**Practice Group-Related Hospital Medicare Claim Counts**

| Group | Physician | 2005 | 2006 | 2007 | Grand Total |
|---|---|---|---|---|---|
| Tuomey Gastroenterology | Floyd Angus | 397 | 364 | 235 | 996 |
| | Kent Cunningham | 494 | 439 | 397 | 1,330 |
| | Scott R. McDuffie | 564 | 579 | 451 | 1,594 |
| | Ted Williams | 499 | 512 | 424 | 1,435 |
| **Tuomey Gastroenterology Total** | | **1,954** | **1,894** | **1,507** | **5,355** |
| Tuomey OB/GYN | Helen Latham | 1 | 1 | 2 | 4 |
| | John Britton | 2 | | 2 | 4 |
| | Murrell Smith | 1 | | | 1 |
| | Tessa Kincade | | 1 | | 1 |
| **Tuomey OB/GYN Total** | | **4** | **2** | **4** | **10** |
| Tuomey Ophthalmology | James Goodson | 856 | 915 | 683 | 2,454 |
| **Tuomey Ophthalmology Total** | | **856** | **915** | **683** | **2,454** |
| Tuomey Surgical | Hans Brings | 10 | 18 | 16 | 44 |
| | Henry P. Moses | 55 | 96 | 80 | 231 |
| | James W. Ellett | 25 | 11 | 2 | 38 |
| | Jon Stanford | 30 | 59 | 36 | 125 |
| | Mark M. Crabbe | 74 | 64 | 63 | 201 |
| | Steven C. Lauzon | | 3 | 36 | 39 |
| **Tuomey Surgical Total** | | **194** | **251** | **233** | **678** |
| **Total** | | **3,008** | **3,062** | **2,427** | **8,497** |

Table II - Practice Group-Related Hospital Medicare Claim Counts

**Physician-Related Hospital Medicare Payments**

| Group | Physician | 2005 | 2006 | 2007 | Grand Total |
|---|---|---|---|---|---|
| Tuomey Gastroenterology | Floyd Angus | 826,641 | 1,011,567 | 686,189 | 2,524,396 |
| | Kent Cunningham | 969,832 | 951,641 | 807,054 | 2,728,528 |
| | Scott R. McDuffie | 1,112,726 | 1,028,123 | 792,003 | 2,932,853 |
| | Ted Williams | 430,512 | 317,466 | 337,661 | 1,085,639 |
| **Tuomey Gastroenterology Total** | | **3,339,712** | **3,308,797** | **2,622,906** | **9,271,415** |
| Tuomey OB/GYN | Barney Williams | 10,959 | 24,353 | 9,924 | 45,235 |
| | Helen Latham | 61,197 | 68,318 | 24,819 | 154,334 |
| | John Britton | 15,686 | 16,515 | 10,702 | 42,903 |
| | Murrell Smith | 43,669 | 6,348 | 11,176 | 61,193 |
| | Samuel Riddle | 40,390 | 19,617 | 11,375 | 71,382 |
| | Tessa Kincade | 25,999 | 8,316 | 10,883 | 45,198 |
| | Thomas Hepfer | 36,147 | 16,130 | 55,571 | 107,849 |
| **Tuomey OB/GYN Total** | | **234,047** | **159,596** | **134,451** | **528,094** |
| Tuomey Ophthalmology | James Goodson | 568,376 | 652,142 | 502,239 | 1,722,758 |
| **Tuomey Ophthalmology Total** | | **568,376** | **652,142** | **502,239** | **1,722,758** |
| Tuomey Surgical | Hans Brings | 898,621 | 1,699,646 | 1,339,932 | 3,938,199 |
| | Henry P. Moses | 576,318 | 1,011,339 | 788,964 | 2,376,621 |
| | James W. Ellett | 654,940 | 260,377 | | 915,317 |
| | Jon Stanford | 906,119 | 1,224,345 | 1,157,104 | 3,287,567 |
| | Mark M. Crabbe | 1,226,079 | 1,440,581 | 1,425,749 | 4,092,410 |
| | Steven C. Lauzon | | 68,553 | 791,184 | 859,737 |
| **Tuomey Surgical Total** | | **4,262,077** | **5,704,841** | **5,502,933** | **15,469,850** |
| **Total** | | **8,404,212** | **9,825,376** | **8,762,530** | **26,992,118** |

Table III - Physician-Related Hospital Medicare Payments

- 10 -

**Physician-Related Hospital Medicare Claim Counts**

| Group | Physician | 2005 | 2006 | 2007 | Grand Total |
|---|---|---|---|---|---|
| Tuomey Gastroenterology | Floyd Angus | 611 | 600 | 418 | 1,629 |
| | Kent Cunningham | 827 | 793 | 688 | 2,308 |
| | Scott R. McDuffie | 972 | 1,041 | 790 | 2,803 |
| | Ted Williams | 644 | 651 | 548 | 1,843 |
| **Tuomey Gastroenterology Total** | | **3,054** | **3,085** | **2,444** | **8,583** |
| Tuomey OB/GYN | Barney Williams | 178 | 179 | 77 | 434 |
| | Helen Latham | 185 | 155 | 107 | 447 |
| | John Britton | 91 | 111 | 70 | 272 |
| | Murrell Smith | 112 | 98 | 71 | 281 |
| | Samuel Riddle | 88 | 62 | 43 | 193 |
| | Tessa Kincade | 64 | 37 | 44 | 145 |
| | Thomas Hepfer | 84 | 62 | 21 | 167 |
| **Tuomey OB/GYN Total** | | **802** | **704** | **433** | **1,939** |
| Tuomey Ophthalmology | James Goodson | 886 | 940 | 730 | 2,556 |
| **Tuomey Ophthalmology Total** | | **886** | **940** | **730** | **2,556** |
| Tuomey Surgical | Hans Brings | 148 | 432 | 334 | 914 |
| | Henry P. Moses | 263 | 385 | 365 | 1,013 |
| | James W. Ellett | 126 | 86 | | 212 |
| | Jon Stanford | 198 | 249 | 197 | 644 |
| | Mark M. Crabbe | 299 | 330 | 318 | 947 |
| | Steven C. Lauzon | | 9 | 165 | 174 |
| **Tuomey Surgical Total** | | **1,034** | **1,491** | **1,379** | **3,904** |
| **Total** | | **5,776** | **6,220** | **4,986** | **16,982** |

Table IV - Physician-Related Hospital Medicare Claim Counts

**Practice Group-Related Hospital Medicaid Payments**

| Group | Physician | 2005 | 2006 | 2007 | Grand Total |
|---|---|---|---|---|---|
| Tuomey Gastroenterology | Floyd Angus | 46,659 | 39,695 | 28,858 | 115,212 |
| | Kent Cunningham | 16,974 | 14,948 | 13,586 | 45,508 |
| | Scott R. McDuffie | 46,510 | 29,964 | 17,963 | 94,438 |
| | Ted Williams | 13,028 | 18,321 | 7,718 | 39,067 |
| **Tuomey Gastroenterology Total** | | **123,170** | **102,928** | **68,125** | **294,224** |
| Tuomey OB/GYN | Helen Latham | 1,050 | 1,400 | 1,750 | 4,200 |
| | John Britton | 570 | 1,933 | 350 | 2,853 |
| | Murrell Smith | 1,776 | 1,620 | 1,725 | 5,121 |
| | Samuel Riddle | | | 1,400 | 1,400 |
| | Tessa Kincade | 1,750 | 3,720 | 1,453 | 6,923 |
| | Thomas Hepfer | 2,540 | 1,270 | 700 | 4,510 |
| **Tuomey OB/GYN Total** | | **7,686** | **9,943** | **7,378** | **25,007** |
| Tuomey Ophthalmology | James Goodson | 27,443 | 48,790 | 20,855 | 97,088 |
| **Tuomey Ophthalmology Total** | | **27,443** | **48,790** | **20,855** | **97,088** |
| Tuomey Surgical | Hans Brings | 570 | 1,840 | 350 | 2,760 |
| | Henry P. Moses | 10,510 | 13,305 | 6,920 | 30,735 |
| | James W. Ellett | 1,840 | 2,015 | | 3,855 |
| | Jon Stanford | 5,593 | 10,479 | 8,145 | 24,217 |
| | Mark M. Crabbe | 4,822 | 9,810 | 4,425 | 19,057 |
| | Steven C. Lauzon | | | 825 | 825 |
| **Tuomey Surgical Total** | | **23,334** | **37,449** | **20,665** | **81,448** |
| **Total** | | **181,634** | **199,109** | **117,024** | **497,767** |

Table V - Practice Group-Related Hospital Medicaid Payments

**Practice Group-Related Hospital Medicaid Claim Counts**

| Group | Physician | 2005 | 2006 | 2007 | Grand Total |
|---|---|---|---|---|---|
| Tuomey Gastroenterology | Floyd Angus | 132 | 98 | 71 | 301 |
| | Kent Cunningham | 46 | 36 | 29 | 111 |
| | Scott R. McDuffie | 123 | 63 | 36 | 222 |
| | Ted Williams | 44 | 40 | 19 | 103 |
| **Tuomey Gastroenterology Total** | | **345** | **237** | **155** | **737** |
| Tuomey OB/GYN | Helen Latham | 3 | 4 | 5 | 12 |
| | John Britton | 1 | 3 | 1 | 5 |
| | Murrell Smith | 6 | 4 | 4 | 14 |
| | Samuel Riddle | | | 4 | 4 |
| | Tessa Kincade | 5 | 10 | 4 | 19 |
| | Thomas Hepfer | 6 | 3 | 2 | 11 |
| **Tuomey OB/GYN Total** | | **21** | **24** | **20** | **65** |
| Tuomey Ophthalmology | James Goodson | 110 | 155 | 58 | 323 |
| **Tuomey Ophthalmology Total** | | **110** | **155** | **58** | **323** |
| Tuomey Surgical | Hans Brings | 1 | 4 | 1 | 6 |
| | Henry P. Moses | 25 | 33 | 16 | 74 |
| | James W. Ellett | 4 | 4 | | 8 |
| | Jon Stanford | 15 | 26 | 19 | 60 |
| | Mark M. Crabbe | 14 | 23 | 9 | 46 |
| | Steven C. Lauzon | | | 3 | 3 |
| **Tuomey Surgical Total** | | **59** | **90** | **48** | **197** |
| | | 535 | 506 | 281 | 1,322 |

Table VI - Practice Group-Related Hospital Medicaid Payments

Respectfully submitted,

_____
Ruben Steck

3/16/2009
_____
Date

### Attachment A – Physician List

| Group Name | Medicare Group ID | Medicaid Group ID | Physician Name | Medicare Physician ID | Medicare Physician ID | Contract Date |
|---|---|---|---|---|---|---|
| Tuomey Gastroenterology | ▉ | ▉ | Floyd Angus | | | 1/1/2005 |
| | | | Kent Cunningham | | | 1/1/2005 |
| | | | Scott R. McDuffie | | | 1/1/2005 |
| | | | Ted Williams | | | 1/1/2005 |
| Tuomey OB/GYN | ▉ | ▉ | Barney Williams | | | 1/1/2005 |
| | | | Helen Latham | | | 1/1/2005 |
| | | | John Britton | | | 1/1/2005 |
| | | | Murrell Smith | | | 1/1/2005 |
| | | | Samuel Riddle | | | 1/1/2005 |
| | | | Tessa Kincade | | | 1/1/2005 |
| | | | Thomas Hepfer | | | 1/1/2005 |
| Tuomey Ophthalmology | ▉ | ▉ | James Goodson | | | 1/1/2005 |
| Tuomey Surgical | ▉ | ▉ | Hans Brings | | | 9/1/2005 |
| | | | Henry P. Moses | | | 5/1/2005 |
| | | | James W. Ellett | | | 5/1/2005 |
| | | | Jon Stanford | | | 5/1/2005 |
| | | | Mark M. Crabbe | | | 5/1/2005 |
| | | | Steven C. Lauzon | | | 11/15/2006 |

## Attachment B – Curriculum Vitae

# Ruben Steck
**Steck Consulting, LLC**

1730 Rhode Island Ave, NW, Suite 200
Washington, DC 20036
(202) 887-0190
rsteck@steckconsulting.com

### Experience

Over twenty years experience providing innovative algorithmic and methodological solutions to clients' complex and large-scale data analysis challenges. Expertise in fraud and abuse detection and analysis for government and private health insurers, link analysis for law enforcement, defense and intelligence clients, and pattern analysis for financial, retail, and telecommunications clients. Expertise in developing parallel and distributed processing solutions using diverse methods such as graph-theoretic pattern detection and analysis, trend analysis, simulation, and modeling. Expertise in combining, integrating, and synchronizing large data sets from diverse sources to provide richer insights into clients' data. Expertise in presenting results of complex analyses in a variety of easy to understand graphical formats.

### Employment

President
Steck Consulting, LLC                                                                1991 - Present

- Providing custom consulting and data analysis services to a wide range of commercial and government clients. Performing large-scale data analysis to identify, classify, quantify, model and predict complex behavioral patterns across multiple large (multi-billion record) databases from diverse sources. Performing statistical and graph-theoretic analysis and modeling of the complex interactions of associated entities. Presenting complex analytic results in forms useful to consumers with little computer or data analysis experience. Maintaining and administering multi-terabyte parallel processing hardware and software systems to provide clients with high scalability and rapid turnaround times.

- Providing analysis services for the detection and prosecution of healthcare fraud and abuse. Services include complex pattern detection, statistical analysis, link-analysis, and damage/recovery calculations. Projects include large civil and criminal Medicare, Medicaid, and private sector cases with recoveries approaching $2 billion.

- Providing software and analysis support to U.S defense and intelligence clients. Diverse projects include development of multi-terabyte linked transaction data for a national law enforcement test bed; multi-spectral image processing software for target detection and recognition; large-scale text search and pattern matching tools.

- Providing software and consulting services to commercial clients. Projects include algorithm design and development for a large international data services firm's multi-terabyte parallel data processing system. Services include large-scale population segmentation, modeling and risk management for financial, retail and telecommunications clients.

Partner, Manager of Analytic Services
Sector Analytics, LLC                                                                1996 – 1997

- Developed and implemented link analysis and pattern scoring algorithms for the detection of health care fraud and abuse. Responsible for interpreting commercial and government clients' fraud detection and reduction requirements and formulating, managing and implementing appropriate system solutions.

- Managed contracts to identify and characterize potential cases of fraud and abuse within public and private health care programs. Assisted clients in establishing investigative priorities by estimating potential financial recoveries.

- Designed and implemented scalable pattern detection and analysis software supporting very large databases. Developed graph-theoretic cluster detection and link analysis algorithms, propagative scoring techniques, temporal analysis schemes, and statistical behavior characterization tools.

Member of the Technical Staff
MRJ, Inc.                                                                          1987-1991

- Responsible for algorithm design and software development in a wide variety of applications of massively parallel supercomputers, traditional vector supercomputers, and a variety of special purpose systems for intelligence community, defense, and other classified government clients.

- Led team in the design and development of parallel algorithms and coordinated integration of parallel modules into large-scale database analysis system. Designed pattern detection and link analysis tools for large database containing complex relationships.

- Designed and developed tools for fine-grained parallel scientific computation including statistical analysis, genetic algorithms, simulated annealing, and Monte Carlo modeling for optical, electromagnetic, image processing, segmentation and classification, target recognition, and other application areas.

- As Principal Investigator on Scientific Visualization R&D project, developed tools to easily view and manipulate multi-million point FFTs and other large-scale signal data. Developed real-time, three-dimensional scene rendering software for polygonal and volumetric data.

- As Principal Investigator on stereo image analysis project, designed and developed image processing algorithms to analyze aerial stereo imagery of urban terrain to create three-dimensional topographic models of the scene.

**Education**
B.S., Computer Information Systems, George Washington University, 1987

**Attachment C - List of Cases as Expert**

I have testified as a summary witness in the following case:

United States v. Peter Rogan, et al.

**Attachment D – Statement of Compensation**

Under contract to the Department of Justice, to support this analysis, Steck

Consulting, LLC has invoiced at the following rates:

| Labor Category | 10/1/2007-9/30/2008 | 10/1/2008-9/30/2009 |
|---|---|---|
| Senior Analyst IV | $187.20 per hour | $197.60 per hour |
| Senior Analyst V | $196.56 per hour | $207.48 per hour |

To date, Steck Consulting, LLC has submitted invoices totaling $118,091.74.

- 19 -

# Updated Report of Steck Consulting, LLC

United States of America, ex rel.,
Michael K. Drakeford, M.D.,
v.
Tuomey Healthcare System, Inc.

November 16, 2009



PLAINTIFF'S
EXHIBIT
554
3:05CV2858MJP

SteckConsulting_000691

EXHIBIT C

## I. Introduction

In October 2009, Steck Consulting, LLC was asked by Department of Justice attorneys to update our March 16, 2009 report using recently available Medicare data covering approximately two additional years beyond the data we used in our earlier report. This report describes the data we used in our analysis, the details of our analytic methods and our results.

In November 2007, Steck Consulting, LLC was contacted by Department of Justice attorneys to discuss the analysis of Medicare and Medicaid hospital claims submitted by Tuomey Healthcare System, Inc. (Tuomey). The attorneys provided us with a list of physicians and asked us to identify specific Tuomey hospital claims related to the physicians. These physicians had part-time employment contracts with physician practice groups owned by Tuomey.

As with our report dated March 16, 2009, we were asked to identify hospital claims for services provided by Tuomey on the same date (and for the same patients) as services provided directly by the physicians working for the Tuomey-owned groups under the part-time employment contracts. We understood from the attorneys that these hospital claims were for services that would not have been performed by Tuomey if the physicians had provided their services at a different, non-Tuomey facility. We also understood from the attorneys that Tuomey had established the hospital-based physician practice groups and encouraged the physicians to enter into part-time employment contracts to ensure that the physicians continued to provide their services at Tuomey rather than establishing their own facilities. We were asked to develop a method to

1

identify and quantify these claims to show the potential loss to Tuomey had the physicians not performed their services at the Tuomey facility.

We were also asked to identify all Tuomey claims that explicitly indicated that at least one of the physicians with part-time employment contracts had played a role in the medical care provided by the hospital. We understood that these claims were submitted in violation of federal laws and that the claims (and the amounts reimbursed for them) would be used as a factor in the government's damage calculations. We were asked to develop a method to identify and quantify these claims as well.

## II. Data Considered

All analyses described in this report were based on the following data sets and information:

### A. Medicare Claims Data

On October 27, 2009, Steck Consulting received a DVD from Acumen LLC, a Medicare contractor, containing updated Tuomey Medicare hospital claims and the Medicare claims for services provided by the physicians with part-time employment agreements. These Medicare records are for claims with payment dates from January, 2003 through June, 2009.

### B. Additional Information

Steck Consulting received additional communications from the Department of Justice identifying individual physicians and their Medicare and Medicaid provider IDs, the Tuomey-owned physician practice groups (and associated Medicare and Medicaid IDs) with which they had part-

2

time employment contracts, and the dates of the physicians' entry into employment agreements with the practice groups. This information is summarized in Attachment A. We were also provided with a copy of the government's initial disclosure submitted May 28, 2008 and the government's second amended complaint filed November 12, 2008.

Upon receipt of the DVD, we verified and validated the Medicare claims data. Among other steps, we ensured that the data represented hospital claims for Tuomey and physician claims for the physicians identified in Attachment A and contained the data fields and values required to perform the requested analyses.

## III. Analytic Approach

As stated above, we received hospital claims for services provided by Tuomey as well as claims for services performed by the individual physicians with part-time employment contracts. To be reimbursed by Medicare or Medicaid, physicians, hospitals and other healthcare providers must submit claims for payment. These claims for payment identify the provider (in this case the hospital or a physician and his or her practice group), the patient, the dates of service, and other information related to the service as well as information required to process and pay the claim. The Medicare and Medicaid programs process these records of service, adding information related to the processing of the claim, including the amount paid for the claim. These data elements, along with the list of physicians, their practice groups and the starting dates of their contracts, form the basis of our analyses.

3

SteckConsulting_000694

## A. Medicare Analysis

### 1. Practice Group-Related Tuomey Hospital Claim Analysis

As stated in the introduction, we were asked to identify Tuomey hospital claims for services provided on the same date as services provided by the physicians acting under part-time employment contracts. To perform this analysis, we considered every Tuomey out-patient, single-date-of-service hospital claim in turn. Because hospital and physician claims both indicate the patient and the date of service in the same way, we were able to identify every hospital claim that had a matching physician service for the same patient on the same date. To ensure that any matching physician claims were for services provided by physicians acting under part-time employment contracts, we limited each physician's claims to those indicating a Toumey-owned practice group and occurring on or after the starting date of the physician's contract.

We were asked to summarize the number of hospital claims identified in this manner and the amounts paid for them and to group these results by federal fiscal year (October 1 – September 30) and by physician and practice group. To ensure reproducibility and to ensure that each Tuomey hospital claim is counted only once and properly associated with one and only one physician and practice group, we had to consider and account for the possibility that more than one physician with an active part-time contract could provide services on the same date as the hospital's service. In these instances we chose the physician with the ID occurring first when the IDs are sorted in ASCII order. In this way, each matching hospital claim was associated with one and only one physician and practice group.

4

SteckConsulting_000695

Table I and Table II, below, show the paid amounts and claim counts, respectively, for all Tuomey hospital claims identified in the manner described above. The results are grouped by fiscal year, by the associated physicians, and by the physician practice group with which each physician had a part-time contract. In total, during the period for which we received data, there were 13,020 hospital claims identified in this manner for which Tuomey was paid $7,359,304. Of those, there were 13,010 claims for service that identified an attending physician with an active employment contract and for which Tuomey was paid $7,353,397.

## 2. Physician-Related Tuomey Hospital Claim Analysis

As stated in the introduction, we were also asked to develop a method to identify Tuomey hospital claims directly associated with the physicians having part-time employment contracts, whether the physician provided services under their contracts or not. This analysis relied on two data fields in the hospital claims that identify the attending and operating physicians associated with the services provided by the hospital. We considered each Tuomey hospital claim in turn and determined whether the attending and/or operating physician had an active contract at the time of the hospital service.

We were asked to summarize the number of hospital claims identified in this manner and the amounts paid for them and to group these results by fiscal year and by physician and practice group. To ensure reproducibility and to ensure that each Tuomey hospital claim is counted only once and is properly associated with one and only one physician and practice group, we had to consider the possibility that the claim could identify different attending and operating physicians. In the instances where the

5

SteckConsulting_000696

attending and operating physicians were different but both had active contracts, we chose the attending physician for purposes of grouping the claim counts and paid amounts.

Table III and Table IV, below, show the paid amounts and claim counts, respectively, for all hospital claims identified in this manner grouped by fiscal year, physician and practice group.  In total, during the period for which we received data, there were 25,973 hospital claims identified in this manner for which Tuomey was paid $44,888,651.  Of those, there were 22,822 claims for which Tuomey was paid $18,514,253 for which the attending physician had an active employment contract.

## B. Medicaid Analysis

For this updated report, we were not asked to analyze Medicaid claims data.

6

SteckConsulting_000697

## IV. Results

Practice Group-Related Hospital Medicare Payments

| Group | Physician | 2005 | 2006 | 2007 | 2008 | 2009 | Grand Total |
|-------|-----------|------|------|------|------|------|-------------|
| Tuomey Gastroenterology | Floyd Angus | 112,387 | 146,789 | 112,151 | 104,171 | 94,074 | 569,574 |
| | Kent Cunningham | 137,141 | 172,862 | 209,944 | 200,250 | 183,431 | 903,627 |
| | Scott R. McDuffie | 175,739 | 247,236 | 237,772 | 218,877 | 173,169 | 1,052,794 |
| | Ted Williams | 136,764 | 196,920 | 190,557 | 171,786 | 134,256 | 830,283 |
| **Tuomey Gastroenterology Total** | | **562,032** | **763,808** | **750,424** | **695,084** | **584,929** | **3,356,278** |
| Tuomey OB/GYN | Helen Latham | 378 | 818 | 1,536 | 1,866 | 1,805 | 6,403 |
| | John Britton | 1,047 | 754 | 1,245 | 505 | | 3,551 |
| | Murrell Smith | 768 | | | 907 | | 1,675 |
| | Samuel Riddle | | | | | 913 | 913 |
| | Tessa Kincade | | | 2,205 | | | 2,205 |
| **Tuomey OB/GYN Total** | | **2,193** | **1,572** | **4,985** | **3,278** | **2,717** | **14,745** |
| Tuomey Ophthalmology | James Goodson | 444,013 | 610,291 | 574,832 | 658,708 | 556,592 | 2,844,436 |
| **Tuomey Ophthalmology Total** | | **444,013** | **610,291** | **574,832** | **658,708** | **556,592** | **2,844,436** |
| Tuomey Surgical | Hans Brings | 4,708 | 23,327 | 49,089 | 74,564 | 40,857 | 192,546 |
| | Henry P. Moses | 23,797 | 99,848 | 94,270 | 98,831 | 76,015 | 392,761 |
| | James W. Ellett | 15,582 | 15,590 | 3,177 | 12,760 | 8,364 | 55,473 |
| | Jon Stanford | 18,567 | 49,954 | 49,079 | 72,462 | 25,379 | 215,441 |
| | Mark M. Crabbe | 47,139 | 65,659 | 66,665 | 71,355 | 35,320 | 286,138 |
| | Steven C. Lauzon | | | 1,486 | | | 1,486 |
| **Tuomey Surgical Total** | | **109,793** | **254,378** | **263,767** | **329,973** | **185,935** | **1,143,845** |
| **Grand Total** | | **1,118,031** | **1,630,049** | **1,594,008** | **1,687,043** | **1,330,173** | **7,359,304** |

Table I - Practice Group-Related Hospital Medicare Payments

7

SteckConsulting_000698

Practice Group-Related Hospital Medicare Claim Counts

| Group | Physician | Fiscal Year | | | | | Grand Total |
|-------|-----------|------|------|------|------|------|-------------|
| | | 2005 | 2006 | 2007 | 2008 | 2009 | |
| Tuomey Gastroenterology | Floyd Angus | 311 | 395 | 271 | 253 | 211 | 1,441 |
| | Kent Cunningham | 375 | 451 | 481 | 452 | 359 | 2,118 |
| | Scott R. McDuffie | 439 | 579 | 535 | 468 | 334 | 2,355 |
| | Ted Williams | 383 | 532 | 490 | 410 | 290 | 2,105 |
| **Tuomey Gastroenterology Total** | | **1,508** | **1,957** | **1,777** | **1,583** | **1,194** | **8,019** |
| Tuomey OB/GYN | Helen Latham | 1 | 1 | 2 | 2 | 2 | 8 |
| | John Britton | 1 | 1 | 2 | 1 | | 5 |
| | Murrell Smith | 1 | | | 1 | | 2 |
| | Samuel Riddle | | | | | 1 | 1 |
| | Tessa Kincade | | | 1 | | | 1 |
| **Tuomey OB/GYN Total** | | **3** | **2** | **5** | **4** | **3** | **17** |
| Tuomey Ophthalmology | James Goodson | 693 | 888 | 803 | 879 | 668 | 3,931 |
| **Tuomey Ophthalmology Total** | | **693** | **888** | **803** | **879** | **668** | **3,931** |
| Tuomey Surgical | Hans Brings | 2 | 14 | 26 | 37 | 19 | 98 |
| | Henry P. Moses | 29 | 99 | 104 | 99 | 69 | 400 |
| | James W. Ellett | 20 | 16 | 2 | 6 | 4 | 48 |
| | Jon Stanford | 23 | 52 | 46 | 59 | 24 | 204 |
| | Mark M. Crabbe | 53 | 73 | 72 | 71 | 32 | 301 |
| | Steven C. Lauzon | | | 2 | | | 2 |
| **Tuomey Surgical Total** | | **127** | **254** | **252** | **272** | **148** | **1,053** |
| **Grand Total** | | **2,331** | **3,101** | **2,837** | **2,738** | **2,013** | **13,020** |

Table II - Practice Group-Related Hospital Medicare Claim Counts

SteckConsulting_000699

Physician-Related Hospital Medicare Payments

| Group | Physician | Fiscal Year | | | | | Grand Total |
|-------|-----------|------|------|------|------|------|-------------|
| | | 2005 | 2006 | 2007 | 2008 | 2009 | |
| Tuomey Gastroenterology | Floyd Angus | 507,836 | 1,127,887 | 853,014 | 877,721 | 567,164 | 3,933,622 |
| | Kent Cunningham | 674,270 | 1,028,252 | 947,404 | 984,089 | 703,357 | 4,337,371 |
| | Scott R. McDuffie | 803,847 | 1,112,787 | 1,012,634 | 1,032,630 | 694,355 | 4,656,253 |
| | Ted Williams | 382,873 | 303,489 | 356,346 | 321,453 | 181,397 | 1,545,557 |
| Tuomey Gastroenterology Total | | 2,368,825 | 3,572,415 | 3,169,398 | 3,215,893 | 2,146,273 | 14,472,803 |
| Tuomey OB/GYN | Barney Williams | 9,748 | 15,037 | 19,597 | 10,389 | 11,159 | 65,931 |
| | Helen Latham | 46,481 | 69,073 | 31,637 | 66,779 | 43,380 | 257,350 |
| | John Britton | 13,134 | 17,474 | 10,221 | 18,569 | 16,978 | 76,376 |
| | Murrell Smith | 38,698 | 9,453 | 13,034 | 17,093 | 4,317 | 82,594 |
| | Samuel Riddle | 36,515 | 21,173 | 10,417 | 24,311 | 12,433 | 104,849 |
| | Tessa Kincade | 25,215 | 6,397 | 15,777 | 4,538 | | 51,927 |
| | Thomas Hepfer | 30,287 | 19,339 | 58,053 | 20,444 | 1,599 | 129,721 |
| Tuomey OB/GYN Total | | 200,077 | 157,945 | 158,736 | 162,123 | 89,867 | 768,747 |
| Tuomey Ophthalmology | James Goodson | 451,769 | 624,136 | 585,429 | 676,801 | 565,881 | 2,904,016 |
| Tuomey Ophthalmology Total | | 451,769 | 624,136 | 585,429 | 676,801 | 565,881 | 2,904,016 |
| Tuomey Surgical | Hans Brings | 203,101 | 1,909,204 | 1,746,635 | 1,864,240 | 1,554,545 | 7,277,725 |
| | Henry P. Moses | 377,233 | 1,017,704 | 913,671 | 813,948 | 920,084 | 4,042,641 |
| | James W. Ellett | 411,324 | 523,032 | 70 | | | 934,425 |
| | Jon Stanford | 672,183 | 1,217,738 | 1,299,306 | 1,330,663 | 844,304 | 5,364,193 |
| | Mark M. Crabbe | 891,074 | 1,290,068 | 1,796,935 | 1,553,068 | 1,374,496 | 6,905,640 |
| | Steven C. Lauzon | | | 755,984 | 797,233 | 665,244 | 2,218,461 |
| Tuomey Surgical Total | | 2,554,915 | 5,957,746 | 6,512,601 | 6,359,151 | 5,358,672 | 26,743,085 |
| Grand Total | | 5,575,586 | 10,312,241 | 10,426,164 | 10,413,968 | 8,160,693 | 44,888,651 |

Table III - Physician-Related Hospital Medicare Payments

SteckConsulting_000700

Physician-Related Hospital Medicare Claim Counts

| Group | Physician | Fiscal Year | | | | | Grand Total |
|---|---|---|---|---|---|---|---|
| | | 2005 | 2006 | 2007 | 2008 | 2009 | |
| Tuomey Gastroenterology | Floyd Angus | 437 | 667 | 504 | 438 | 326 | 2,372 |
| | Kent Cunningham | 616 | 804 | 821 | 720 | 534 | 3,495 |
| | Scott R. McDuffie | 740 | 1,047 | 937 | 817 | 530 | 4,071 |
| | Ted Williams | 494 | 681 | 611 | 524 | 346 | 2,656 |
| Tuomey Gastroenterology Total | | 2,287 | 3,199 | 2,873 | 2,499 | 1,736 | 12,594 |
| Tuomey OB/GYN | Barney Williams | 132 | 192 | 117 | 94 | 98 | 633 |
| | Helen Latham | 126 | 167 | 149 | 84 | 47 | 573 |
| | John Britton | 64 | 108 | 100 | 87 | 55 | 414 |
| | Murrell Smith | 90 | 91 | 102 | 87 | 53 | 423 |
| | Samuel Riddle | 73 | 62 | 56 | 26 | 18 | 235 |
| | Tessa Kincade | 44 | 45 | 54 | 17 | | 160 |
| | Thomas Hepfer | 66 | 63 | 40 | 35 | 10 | 214 |
| Tuomey OB/GYN Total | | 595 | 728 | 618 | 430 | 281 | 2,652 |
| Tuomey Ophthalmology | James Goodson | 714 | 903 | 841 | 915 | 687 | 4,060 |
| Tuomey Ophthalmology Total | | 714 | 903 | 841 | 915 | 687 | 4,060 |
| Tuomey Surgical | Hans Brings | 43 | 421 | 432 | 408 | 340 | 1,644 |
| | Henry P. Moses | 179 | 371 | 422 | 388 | 359 | 1,719 |
| | James W. Ellett | 81 | 132 | 1 | | | 214 |
| | Jon Stanford | 136 | 249 | 232 | 248 | 161 | 1,026 |
| | Mark M. Crabbe | 208 | 344 | 369 | 370 | 254 | 1,545 |
| | Steven C. Lauzon | | | 154 | 192 | 173 | 519 |
| Tuomey Surgical Total | | 647 | 1,517 | 1,610 | 1,606 | 1,287 | 6,667 |
| Grand Total | | 4,243 | 6,347 | 5,942 | 5,450 | 3,991 | 25,973 |

Table IV - Physician-Related Hospital Medicare Claim Counts

SteckConsulting_000701

Respectfully submitted,

Ruben Steck

11/16/2009
Date

11

Attachment A – Physician List

| Group Name | Medicare Group ID | Medicaid Group ID | Physician Name | Medicare Physician ID | Medicare Phsyician ID | Contract Date |
|---|---|---|---|---|---|---|
| Tuomey Gastroenterology | | | Floyd Angus | | | 1/1/2005 |
| | | | Kent Cunningham | | | 1/1/2005 |
| | | | Scott R. McDuffie | | | 1/1/2005 |
| | | | Ted Williams | | | 1/1/2005 |
| Tuomey OB/GYN | | | Barney Williams | | | 1/1/2005 |
| | | | Helen Latham | | | 1/1/2005 |
| | | | John Britton | | | 1/1/2005 |
| | | | Murrell Smith | | | 1/1/2005 |
| | | | Samuel Riddle | | | 1/1/2005 |
| | | | Tessa Kincade | | | 1/1/2005 |
| | | | Thomas Hepfer | | | 1/1/2005 |
| Tuomey Ophthalmology | | | James Goodson | | | 1/1/2005 |
| Tuomey Surgical | | | Hans Brings | | | 9/1/2005 |
| | | | Henry P. Moses | | | 5/1/2005 |
| | | | James W. Ellett | | | 5/1/2005 |
| | | | Jon Stanford | | | 5/1/2005 |
| | | | Mark M. Crabbe | | | 5/1/2005 |
| | | | Steven C. Lauzon | | | 11/15/2006 |

SteckConsulting_000703

**Attachment B – Curriculum Vitae**

## Ruben Steck
**Steck Consulting, LLC**

1730 Rhode Island Ave, NW, Suite 200
Washington, DC 20036
(202) 887-0190
rsteck@steckconsulting.com

### Experience
Over twenty years experience providing innovative algorithmic and methodological solutions to clients' complex and large-scale data analysis challenges. Expertise in fraud and abuse detection and analysis for government and private health insurers, link analysis for law enforcement, defense and intelligence clients, and pattern analysis for financial, retail, and telecommunications clients. Expertise in developing parallel and distributed processing solutions using diverse methods such as graph-theoretic pattern detection and analysis, trend analysis, simulation, and modeling. Expertise in combining, integrating, and synchronizing large data sets from diverse sources to provide richer insights into clients' data. Expertise in presenting results of complex analyses in a variety of easy to understand graphical formats.

### Employment
President
Steck Consulting, LLC                                                                      1991 - Present

- Providing custom consulting and data analysis services to a wide range of commercial and government clients. Performing large-scale data analysis to identify, classify, quantify, model and predict complex behavioral patterns across multiple large (multi-billion record) databases from diverse sources. Performing statistical and graph-theoretic analysis and modeling of the complex interactions of associated entities. Presenting complex analytic results in forms useful to consumers with little computer or data analysis experience. Maintaining and administering multi-terabyte parallel processing hardware and software systems to provide clients with high scalability and rapid turnaround times.

- Providing analysis services for the detection and prosecution of healthcare fraud and abuse. Services include complex pattern detection, statistical analysis, link-analysis, and damage/recovery calculations. Projects include large civil and criminal Medicare, Medicaid, and private sector cases with recoveries approaching $2 billion.

- Providing software and analysis support to U.S defense and intelligence clients. Diverse projects include development of multi-terabyte linked transaction data for a national law enforcement test bed; multi-spectral image processing software for target detection and recognition; large-scale text search and pattern matching tools.

- Providing software and consulting services to commercial clients. Projects include algorithm design and development for a large international data services firm's multi-terabyte parallel data processing system. Services include large-scale population segmentation, modeling and risk management for financial, retail and telecommunications clients.

Partner, Manager of Analytic Services
Sector Analytics, LLC                                                                      1996 – 1997

- Developed and implemented link analysis and pattern scoring algorithms for the detection of health care fraud and abuse. Responsible for interpreting commercial and government clients' fraud detection and reduction requirements and formulating, managing and implementing appropriate system solutions.

13

SteckConsulting_000704        14

- Managed contracts to identify and characterize potential cases of fraud and abuse within public and private health care programs. Assisted clients in establishing investigative priorities by estimating potential financial recoveries.

- Designed and implemented scalable pattern detection and analysis software supporting very large databases. Developed graph-theoretic cluster detection and link analysis algorithms, propagative scoring techniques, temporal analysis schemes, and statistical behavior characterization tools.

Member of the Technical Staff
MRJ, Inc.                                                                                                 1987-1991

- Responsible for algorithm design and software development in a wide variety of applications of massively parallel supercomputers, traditional vector supercomputers, and a variety of special purpose systems for intelligence community, defense, and other classified government clients.

- Led team in the design and development of parallel algorithms and coordinated integration of parallel modules into large-scale database analysis system. Designed pattern detection and link analysis tools for large database containing complex relationships.

- Designed and developed tools for fine-grained parallel scientific computation including statistical analysis, genetic algorithms, simulated annealing, and Monte Carlo modeling for optical, electromagnetic, image processing, segmentation and classification, target recognition, and other application areas.

- As Principal Investigator on Scientific Visualization R&D project, developed tools to easily view and manipulate multi-million point FFTs and other large-scale signal data. Developed real-time, three-dimensional scene rendering software for polygonal and volumetric data.

- As Principal Investigator on stereo image analysis project, designed and developed image processing algorithms to analyze aerial stereo imagery of urban terrain to create three-dimensional topographic models of the scene.

**Education**
B.S., Computer Information Systems, George Washington University, 1987

14

SteckConsulting_000705

**Attachment C - List of Cases as Expert**

I have testified as a summary witness in the following case:

United States v. Peter Rogan, et al.

SteckConsulting_000706

**Attachment D – Statement of Compensation**

Under contract to the Department of Justice, to support this analysis, Steck

Consulting, LLC has invoiced at the following rates:

| Labor Category | 10/1/2007-9/30/2008 | 10/1/2008-Present |
|---|---|---|
| Senior Analyst IV | $187.20 per hour | $197.60 per hour |
| Senior Analyst V | $196.56 per hour | $207.48 per hour |

To date, Steck Consulting, LLC has submitted invoices totaling $138,105.85.

16

SteckConsulting_000707