## Hilmer, Tracy (CIV)

| | |
|---|---|
| **From:** | Hilmer, Tracy (CIV) |
| **Sent:** | Wednesday, October 15, 2008 4:37 PM |
| **To:** | 'Jonathan Harling' |
| **Cc:** | Acker, Norman (USANCE); O'Donnell, Niall (CIV) |
| **Subject:** | Tuomey Hospital claims data |

Hi Jonathan: I trust you were able to open the zip file containing the Medicaid data. If not, please let me know and I will send you another copy of disk 10-0001 that we've checked.

Along these lines, the United States' Interrogatory Nos. 6-8 sought claims data from Tuomey Hospital. Tuomey's responses to these interrogatories reference "Schedules 6 and 7." We are unable to locate those schedules in the production. Have they been provided? If not, when will you provide them?

Thanks.

Tracy

Tracy L. Hilmer
Senior Trial Counsel
U.S. Department of Justice
Civil Division (Frauds)
Tel.: (202)307-0474
Fax: (202)305-4117

**Tracking:**

1

EXHIBIT 5

| Recipient | Read |
|---|---|
| 'Jonathan Harling' | |
| Acker, Norman (USANCE) | |
| O'Donnell, Niall (CIV) | Read: 10/15/2008 4:46 PM |

2