IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

CA NO.   3:05-CV-02858-MJP

UNITED STATES OF AMERICA, ex rel., )
MICHAEL K. DRAKEFORD, M.D.,        )
                                   )
              Plaintiff,           )
                                   )
      v.                           )
                                   )
TUOMEY d/b/a TUOMEY HEALTHCARE     )
SYSTEM, INC.                       )
                                   )
              Defendant.           )

**GOVERNMENT'S SUPPLEMENTAL DISCLOSURES**

Plaintiff, the United States of America, hereby supplements its disclosures pursuant to Fed.R.Civ.P. 26(e):[1]

1.    Pursuant to Fed.R.Civ.P. 26(a)(1)(A)(i), individuals who may have discoverable information are:

Dr. Ted Williams

Dr. Kent Cunningham

Dr. Floyd Angus

Dr. Scott R. McDuffie

Dr. David E. Brown

Dr. John Britton

Dr. Barney Williams

Dr. Thomas Hepfer

Dr. Murrell Smith

Dr. Samuel Riddle

---

[1] Supplemental disclosures are bolded.

EXHIBIT 7

Dr. Tessa Kincade

Dr. Helen Latham

**Dr. James Goodson**

**Dr. Gregory King**

Dr. Michael Drakeford

Dr. Hans Brings

Dr. James W. Ellett

Dr. Henry P. Moses

**Dr. Steven Lauzon**

**Dr. Triz Smith**

Dr. Robert Lee

Dr. David Lovice

Dr. Paul Evangelisti

Dr. Kurt Stroebel

**Dr. Jon Stanford**

Dr. Mark Crabbe

Dr. Danny Ford

Dr. Robert Ridgeway

Patsy Royal

Greg Thompson

James Wilson

John Brabham

Gregg Martin

Jay Cox

**Paul Johnson**

**Sheri Watkins**

**Beth Luebbert**

Joel Grice

Doug Cardinal

**Kim Saccone**

Any other Cjeka Consulting employees involved
in the rendering of opinion letters to Tuomey

Chris Caison

Greg Thompson

**Bobby Boykin**

Mark Curtis

**George Rikard**

Dr. Ken Rosefield

Ann Rickard

Robin Caples

Crystal Bishop

Jennifer Smith

Chal Glen

Dr. Charles Moss

Dr. Jerry Jackson

Lynn Lashley

Gary Koslin

Brian Odum

Dean Byrd

Donna Welch

Dr. Brandon Fites

Dr. Frank Cuce

Possible additional Operating Room personnel
and/or Nurse Anesthetists

Greg Smith

Kevin McAnaney

**Al Pollard**

Tim Hewson
**Suzanne Odom**
**Nexsen Pruet Adams Kleemeier, LLC**
**1230 Main Street, Suite 700**
**Columbia, SC 29201**
**(803) 771-8900**

Steven H. Pratt
**R. Terry Heath**
**Mark J. Swearingen**
**Hall, Render, Killian, Heath & Lyman**
**Suite 2000, Box 82064**
**One American Square**
**Indianapolis, IN 46282**
**(317) 633-4884**

**Richard P. Kusserow**
**Al Bassett**
**James Cottos**
**Strategic Management**
**5911 Kingstowne Village Parkway, Suite 210**
**Alexandria, VA 22315**
**(703) 683-9600**

Any other attorneys **and consultants** involved
in the rendering of opinion letters to Tuomey

4

Employees of the Centers for Medicare & Medicaid
Services, U.S. Department of Health & Human Services,
with knowledge regarding applicable Medicare
reimbursement and claims processing rules, regulations,
policies, and procedures for hospitals, hospital-based
outpatient surgery centers, and ambulatory surgical
centers from 2003 to the present, including:

> **Carol Bazell, Director, Division of Outpatient**
> **Care**
> **Lorraine Zicha, Director, Division of**
> **Institutional Claims Processing**
> **Cindy Murphy, Technical Advisor, Division of**
> **Institutional Claims Processing**

Special Agent Su Kim

**Special Agent Brian Dimler**

All members of Tuomey Board of **Trustees or Board of**
Directors, **not previously named,** during the period of
the alleged fraud

All persons named or referred to in the **Second Amended**
Complaint

Various Tuomey employees not yet identified

Possible expert witnesses, yet to be named

Possible representatives of carriers, intermediaries,
and/or TriCenturion with knowledge of claims submitted
by Tuomey

Possible representatives of the South Carolina Medicaid
program with knowledge of claims submitted by Tuomey

**All persons named or referred to by Tuomey in its**
**disclosures pursuant to Rule 26(a) and any supplements**
**thereto, in its Answers to the United States' First and**
**Second Amended Complaints, and in its responses to**
**interrogatories in this matter.**

2.    Pursuant to Fed.R.Civ.P. 26(a)(1)(A)(ii), a description
      of documents which may be used to support the
      plaintiff's claims are:

5

All documents previously delivered by Tuomey to the
United States during the investigation of this case,
including but not limited to:

- All electronic and hard copy documents
  delivered
- Binder entitled "Tuomey Healthcare System
  Legal Advice"
- Tabs A, B and C (i.e., factual portions) of
  Binder entitled "Tuomey Healthcare System
  Analysis Presented to United States
  Department of Justice" (previously referred
  to as the "white paper")

All documents previously produced to the United States
and Tuomey by Kevin McAnaney

All documents produced by Cjeka Consulting

Cjeka Consulting Powerpoint Presentation

All signed and proposed Part Time Employment Agreements

All Legal Opinion Letters

All Cjeka Consulting Opinion Letters

Various documents produced to the United States by
Michael Drakeford, bates numbers DP 00008 – DP00241

Records supporting claims submitted to the Medicare and
Medicaid Programs, including Electronic Claims data
from TriCenturion and South Carolina HHS

Copies of Form 990 Tax Returns filed by Tuomey

Copies of Tuomey's Hospital Cost Reports for 2003–2006

Documents received from the following individuals:
Michael Drakeford, Robert Lee, Greg Smith, Joel Grice.

Tuomey Hospital Conflict of Interest Policy

Documents received from Cross Country
Healthcare

Tuomey Provider Agreement from CMS

6

Tuomey Medicare Application Information

Materials received from Defendant in response to
requests for production of documents propounded by the
United States

Documents produced in response to subpoenas issued by
the parties, including documents produced by the
following individuals and entities:

Womble Carlyle Sandridge & Rice, PLLC
Dr. Michael Drakeford
Dr. Ted Williams
Dr. Kent Cunningham
Dr. Floyd Angus
Dr. Scott R. McDuffie
Dr. John Britton
Dr. Barney Williams
Dr. Thomas Hepfer
Dr. Murrell Smith
Dr. Samuel Riddle
Dr. Tessa Kincade
Dr. Helen Latham
Dr. Hans Brings
Dr. James W. Ellett
Dr. Henry P. Moses
Dr. Mark Crabbe
Dr. Jon Stanford
Dr. Steven Lauzon
Dr. Triz Smith
Dr. James Goodson
Dr. Gregory King
Greg Thompson
James Wilson
Dr. Paul Evangelisti
Dr. Kurt Stroebel
Dr. Danny Ford
Chris Caison
Nexsen Pruet Adams Kleemeier, LLC
Hall Render Killian Heath & Lyman, PC
Strategic Management
Douglas Cardinal
Kim Saccone
Health Care Appraisers, Inc.

3.    Pursuant to Fed.R.Civ.P. 26(a)(1)(A)(iii), a
computation of damages (note – these damage figures are
preliminary, and do not include all data from the end
of 2007 or any data from 2008):

**Medicare Damages:**

Estimated dollars paid by Medicare to Tuomey for the technical
component and other ancillary services performed by Tuomey for
the patients seen by the "Tuomey Practice Groups" on the same day
of service, which appears to be as a result of the "outpatient
surgeries" performed by the physicians named in the Amended
Complaint:

|  | 8136 - Gastro | 8151 - OBGYN | 8152 - Opthamology | 8190 - Surgical Svcs. | Total |
|---|---|---|---|---|---|
| 2005 | 872,565.56 | 14,625.67 | 556,225.52 | 451,917.89 | **1,895,334.64** |
| 2006 | 780,527.17 | 25,091.23 | 636,736.18 | 702,428.75 | **2,144,783.33** |
| 2007 | 670,826.49 | 16,983.12 | 487,207.70 | 693,588.79 | **1,868,606.10** |
| **Total** | **2,323,919.22** | **56,700.02** | **1,680,169.40** | **1,847,935.43** | **5,908,724.07** |

Estimated total dollars paid by Medicare to Tuomey as a result of
referrals for designated health services by the physicians named
in the Amended Complaint (these figures include the "outpatient
surgery" figures above):

|  | 8136 - Gastro | 8151 - OBGYN | 8152 - Opthamology | 8190 - Surgical Svcs. | Total |
|---|---|---|---|---|---|
| 2005 | 3,461,938.03 | 234,046.89 | 568,574.20 | 6,004,235.22 | **10,268,794.34** |
| 2006 | 3,329,457.63 | 160,801.48 | 654,292.37 | 5,783,431.41 | **9,927,982.89** |
| 2007 | 2,636,904.86 | 134,451.16 | 502,541.80 | 5,520,549.72 | **8,794,447.54** |
| **Total** | **9,428,300.52** | **529,299.53** | **1,725,408.37** | **17,308,216.35** | **28,991,224.77** |

Estimated number of claims presented by Tuomey to Medicare for
designated health services referred by the physicians named in
the Amended Complaint (for calculation of penalties):

|  | 8136 - Gastro | 8151 - OBGYN | 8152 - Opthamology | 8190 - Surgical Svcs. | Total |
|---|---|---|---|---|---|
| 2005 | 3,143 | 809 | 906 | 1,513 | **6,371** |
| 2006 | 3,153 | 717 | 967 | 1,540 | **6,377** |
| 2007 | 2,477 | 443 | 746 | 1,407 | **5,073** |
| **Total** | **8,773** | **1,969** | **2,619** | **4,460** | **17,821** |

8

**Medicaid Damages:**

Estimated dollars paid by Medicaid to Tuomey for the technical component and other ancillary services performed by Tuomey for the patients seen by the "Tuomey Practice Groups" on the same day of service, which appears to be as a result of the "outpatient surgeries" performed by the physicians named in the Amended Complaint:

|  | 8136 - Gastro | 8151 - OB-GYN | 8152 - Ophthalmology | 8190 - Surgical Svcs. | Total |
|---|---|---|---|---|---|
| 2005 | 377,653.69 | 1,612,395.76 | 58,776.95 | 498,160.66 | **2,546,987.06** |
| 2006 | 357,264.01 | 1,694,849.81 | 68,417.13 | 741,115.60 | **2,861,646.55** |
| 2007 | 136,800.82 | 814,649.71 | 32,878.88 | 247,483.27 | **1,231,812.68** |
| **Total** | **871,718.52** | **4,121,895.28** | **160,072.96** | **1,486,759.53** | **6,640,446.29** |

(Note: The United States has not yet been able to calculate the total Medicaid Damages for all designated health services referred by the physicians named in the Amended Complaint)

Estimated number of claims presented by Tuomey to Medicaid for designated health services referred by the physicians named in the Amended Complaint (for calculation of penalties):

|  | 8136 - Gastro | 8151 OBGYN | 8152 - Ophthalmology | 8190 - Surgical | Total |
|---|---|---|---|---|---|
| 2005 | 842 | 4,215 | 246 | 428 | **5,731** |
| 2006 | 656 | 4,006 | 330 | 585 | **5,577** |
| 2007 | 386 | 2,174 | 134 | 283 | **2,977** |
| **Total** | **1,884** | **10,395** | **710** | **1,296** | **14,285** |

**The United States further supplements its disclosure regarding computation of damages by incorporating herein the computations in the report of Steck Consulting, LLC, of March 16, 2009.**

4. Pursuant to Fed.R.Civ.P. 26(a)(1)(A)(iv), there are no insurance policies relevant to this action in the ownership, possession, custody or control of the United States; however the United States requests copies of any relevant insurance policies owned by, paid for by, or in the possession, custody or control of the defendant or any of its officers, directors or employees.

9

5.    Pursuant to Fed.R.Civ.P. 26(a)(2), individuals the
      Plaintiff may use at trial to present expert testimony
      are:

      **Kathleen A. McNamara**
      **Myers & Stauffer LC**
      **6205 NW 94th St.**
      **Johnston, IA 50131**
      **(515) 259-4082**

      **Ms. McNamara is expected to testify on the fair market**
      **value and commercial reasonableness of physician**
      **compensation arrangements entered into by the Defendant**
      **with the physicians identified in Paragraph 79 of**
      **Plaintiff's Second Amended Complaint.**

      **Ruben Steck**
      **1730 Rhode Island Ave, NW, Suite 200**
      **Washington, DC 20036**
      **(202) 887-0190**

      **Mr. Steck is expected to testify regarding Medicare and**
      **Medicaid claims submitted by Defendant related to the**
      **physicians identified in Paragraph 79 of Plaintiff's**
      **Second Amended Complaint.**

                        Respectfully submitted,

                        MICHAEL F. HERTZ
                        Deputy Assistant Attorney General


                        /s/ NIALL M. O'DONNELL (for)
                        _____
                        G. NORMAN ACKER, III
                        Special Attorney and
                        Assistant United States Attorney
                        Eastern District of North Carolina
                        310 New Bern Avenue, Suite 800
                        Raleigh, NC  27601-1461
                        Telephone: (919) 856-4530
                        Facsimile: (919) 856-4821
                        Email: norman.acker@usdoj.gov

/S/ NIALL M. O'DONNELL
_____

JOYCE R. BRANDA
MICHAEL D. GRANSTON
TRACY L. HILMER
NIALL M. O'DONNELL
Attorneys, Civil Division
United States Department of Justice
Post Office Box 261
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 353-0506
Facsimile: (202) 514-0280
Email: niall.odonnell@usdoj.gov

Date: _____          Attorneys for the United States

11

CERTIFICATE OF SERVICE

I do hereby certify that I have this 22nd day of April, 2009, served a copy of the foregoing upon the below-listed parties electronically or by placing a copy of the same in the U.S. Mails, addressed as follows:

Kevin Mitchell Barth, Esq.
Nicholas Lewis, Esq.
Ballenger Barth and Hoefer
P.O. Box 107
Florence, SC 29503

A. Camden Lewis, Esq.
Mary G. Lewis, Esq.
William J. Harling, Esq.
Lewis & Babcock, LLP
P.O. Box 11208
Columbia, SC  29211

Daniel M. Mulholland, III, Esq.
Horty, Springer and Mattern
4614 Fifth Avenue
Pittsburgh, PA  15213

/S/ NIALL M. O'DONNELL
Trial Attorney