

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA and ROCK HILL DIVISIONS

# CIVIL JURY ROSTER FOR MARCH, 2010
# HONORABLE MATTHEW J. PERRY, JR.

TO: ALL COUNSEL ON THE ATTACHED ROSTER - PLEASE TAKE NOTICE OF THE FOLLOWING:

The attached cases have been set for jury trials before the Honorable Matthew J. Perry, Jr., Senior United States District Judge, to be tried during a term of court commencing, March 2, 2010 at 10:00 am.

**Juries will be selected beginning at 10:00 am on March 2, 2010 in Columbia, South Carolina at the United States District Courthouse, 901 Richland Street, Courtroom #3.**

<u>**YOU ARE DIRECTED THAT**</u>:

IMPORTANT INFORMATION REGARDING TRIAL BRIEFS, JURY LISTS, AND JURY QUESTIONNAIRES AND ALL NECESSARY TRIAL INSTRUCTIONS, IN ADDITION TO ALL REQUIRED FORMS MAY BE ACCESSED ON THE WEB AT: www.scd.uscourts.gov

If you have any questions concerning the cases on this calendar, or if your case has settled, please call Yvonne D. Davis in the Columbia Clerk's Office at (803) 253-3487.

**BY DIRECTION OF THE COURT**

**LARRY W. PROPES, CLERK**

| | | |
|---|---|---|
| **CV 3:05-2858** | Michael K Drakeford, MD, et al<br>**vs.**<br>Tuomey Healthcare System Inc | Brent OE Clinkscale<br>G Norman Acker<br>Kevin Mitchell Barth<br>Nicholas Lewis<br>Sandra LW Miller<br>Jacquelyn D Austin<br>Niall M O'Donnell<br>Tracy L. Hilmer<br>Franklin Greene<br>Joseph P Griffith , Jr<br>Arthur Camden Lewis<br>Edward Bart Daniel<br>Mary Geiger Lewis<br>Daniel M Mulholland , III<br>William Jonathan Harling |
| **CV 3:06-333** | Brenda Bryant<br>**vs.**<br>City of Cayce, et al | David Andrew Fedor<br>James Marcus Whitlark<br>Andrew F Lindemann<br>Matthew B Rosbrugh<br>Robert David Garfield<br>William Henry Davidson , II<br>Daniel C Plyler |