IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, ex rel, Michael K. Drakeford, M.D., | ) ) ) | C.A. No: 3: 05-cv-2858-MJP |
| Plaintiff | ) ) ) | |
| vs. | ) ) | |
| Tuomey Healthcare System, Inc. | ) ) | |
| Defendant. | ) ) | |

## DEFENDANT'S OBJECTIONS TO JURY INSTRUCTIONS

Defendant, through its undersigned attorneys, hereby objects to the Court's Jury Instructions and to instructions requested but not given pursuant to F.R.Civ.P. 51(c) and in support hereof states the following.

1. A charge conference was held before the Court on March 22, 23, and 24, 2010. Said conference was not recorded by the court reporter.

2. On the evening of March 24, 2010, counsel for all parties received via electronic mail from the Court's staff proposed jury instructions. A copy of said proposed instructions and the electronic transmission accompanying them is attached as Exhibit 1.

3. On the morning of March 25, 2010, counsel for Defendant sent to the Court's staff via electronic mail requested changes to said proposed instructions and notice of

        Defendant's objections to charges not given, with a copy to counsel for all parties. A copy of said communication is attached hereto and incorporated by reference herein as Exhibit 2.

4. Later that morning, in open court, counsel for Defendant stated its objections to the proposed instructions and the grounds therefore, and also stated the basis for its global objection to the Court's failure to give certain charges that were based on agency interpretations of applicable statutes and regulations. Defendant incorporates by reference herein its statements made on the record in Court in support of said objections.

5. At that time, counsel for Defendant requested the opportunity to state its specific objections to the Court's failure to give certain charges and the grounds therefore, but was informed by the Court that Defendant would have an opportunity to make those objections after final instructions were read by the Court, out of the presence of the jury prior to the jury's deliberations. The Court informed counsel for the Defendant that its objections had been preserved and not waived.

6. After trial on March 25, 2010, on the record in Court, counsel for the Defendant again stated Defendant's objections to the proposed charges and the grounds therefor. Defendant incorporates by reference herein its statements made on the record in Court in support of said objections.

7. On the evening of March 25, 2010, counsel for all parties received via electronic mail from the Court's staff proposed jury instructions. A copy of said proposed instructions and the electronic transmission accompanying them is a attached as Exhibit 3.

8. On the evening of March 25, 2010, counsel for Defendant sent to the Court's staff via electronic mail objections to said final instructions and the grounds therefore, along with notice of Defendant's objections to charges not given, with a copy to counsel for all parties. A copy of said communication is attached hereto and incorporated by reference herein as Exhibit 4

9. On the morning of March 26, 2010, counsel for Defendant sent to the Court's staff via electronic mail Defendant's specific objections to charges not given, with a copy to counsel for all parties. A copy of said communication is attached hereto and incorporated by reference herein as Exhibit 5.

10. Defendant does not waive and hereby reserves the right to make such additional objections to the Court's jury instructions and to the Court's failure to give requested instructions as may be permitted by the Court or the Rules.

Respectfully submitted this 26th day of March, 2010.

        Respectfully submitted,

        S/ A. Camden Lewis
        A. Camden Lewis, Fed. ID No. 2669
        Mary G. Lewis, Fed. ID No. 2675
        W. Jonathan Harling, Fed ID No. 9291
        LEWIS & BABCOCK, L.L.P.
        Post Office Box 11208
        Columbia, SC  29211
        803-771-8000

        Daniel M. Mulholland III
        HORTY, SPRINGER & MATTERN, P.C.
        4614 Fifth Avenue
        Pittsburgh, PA  15213
        412-687-7677

        Attorneys for Defendant
March 26, 2010        Tuomey Healthcare System, Inc.