# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

| | |
|---|---|
| United States of America, ex. rel., Michael K. Drakeford, M.D., | ) Civil Action No. 3:05-2858-MJP ) ) |
| Plaintiff, | ) ) ) |
| | ) **Jury Verdict Form** |
| v. | ) ) ) |
| Tuomey d/b/a Tuomey Healthcare System, Inc., | ) ) ) |
| Defendant. | ) ) |

**A.**     **Regarding the Stark Law:**

1.   We, the jury, find that Tuomey:

        X           Violated the Stark Law

        OR        _____        Did not violate the Stark Law

REDACTED
_____
Signed, Foreperson

March **29** , 2010

1

**B.**     **Regarding False Claims Act:**

1. We, the jury, find that Tuomey:

                   _____        Violated the False Claims Act

   OR        X        Did not violate the False Claims Act

2. If Tuomey violated the False Claims Act, the total damages under the False Claims Act, if any:

   _____ dollars

   (\$ _____).

3. If Tuomey violated the False Claims Act, how many false claims were submitted by Tuomey, if any:

   _____

**R E D A C T E D**

_____
Signed, Foreperson

March 29 , 2010

**End of Jury Verdict Form**