IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America, ex. rel., Michael K. Drakeford, M.D., <br><br> Plaintiff, <br><br> v. <br><br> Tuomey d/b/a Tuomey Healthcare System, Inc., <br><br> Defendant. | ) Civil Action No. 3:05-2858-MJP <br> ) <br> ) <br> ) <br> ) <br> ) **Jury Verdict Form** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

A.  **Regarding the Stark Law:**

1.  We, the jury, find that Tuomey:

           __X__     Violated the Stark Law

    OR     _____     Did not violate the Stark Law

                                      **REDACTED**
                                                 Signed, Foreperson

March **29** , 2010

1

B.  **Regarding False Claims Act:**

1. We, the jury, find that Tuomey:

    _____    Violated the False Claims Act

    OR    __X__    Did not violate the False Claims Act

2. If Tuomey violated the False Claims Act, the total damages under the False Claims Act, if any:

    _____ dollars

    ($ _____).

3. If Tuomey violated the False Claims Act, how many false claims were submitted by Tuomey, if any:

    _____

    **REDACTED**

    Signed, Foreperson

March 29, 2010

**End of Jury Verdict Form**

2