# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America, ex rel, Michael K. Drakeford, M.D. <br> *Plaintiff* <br> v. <br> Tuomey d/b/a Tuomey Healthcare System, Inc <br> *Defendant* | Civil Action No. 3:05-cv-2858-MJP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☑ the plaintiff *(name)* United States of America, ex rel, recover from the defendant *(name)* Tuomey, d/b/a Tuomey Healthcare Systems, Inc, on the common law claims, Count IV and Count V of the Second Amended Complaint, the amount of Forty-four Million, Eight Hundred Eighty-eight Thousand, Six Hundred Fifty-one and 00/100, dollars ($44,888,651.00)dollars, plus accrued prejudgment interest in the amount of Four Million, Forty Thousand, One Hundred Thirty-three and 92/100 ($4,040,133.92) dollars, through April 15, 2010, and Five Thousand One Hundred Twenty-two and 50/100 ($5,122.50)dollars, in additional prejudgment interest each day from April 15, 2010 through date of this Judgment, plus post-judgment interest shall accrue in the amounts as provided by 28 U.S.C. Section 1961 until payment has been made in full.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one):*

☑ tried by a jury, the Honorable Matthew J. Perry., Jr., Senior U.S. District Judge presiding, and the jury has rendered a verdict by answering special interrogatories.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☐ decided by the Honorable

Date: July 13, 2010

APPROVED BY

*s/ Matthew J. Perry, Jr.*
MATTHEW J. PERRY, JR.
SENIOR U.S. DISTRICT JUDGE

CLERK OF COURT

s/ Yvonne D. Davis

*Signature of Clerk or Deputy Clerk*