```
            IN THE UNITED STATES DISTRICT COURT
         IN AND FOR THE DISTRICT OF SOUTH CAROLINA
                      COLUMBIA DIVISION

UNITED STATES OF AMERICA, ex rel., )
MICHAEL K. DRAKEFORD, M.D.,        ) C.A. NO.  3:05-CV-2858-MBS
                                   )
            Plaintiff,             )
                                   )       SCHEDULING ORDER
      v.                           )
                                   )
TUOMEY d/b/a TUOMEY HEALTHCARE     )
SYSTEM, INC.                       )
                                   )
            Defendant.             )
                                   )
```

This Court held a telephonic status conference on June 7, 2012, for the purpose of determining the status of the case and to set a trial date and other appropriate deadlines. The parties were instructed to consult with each other, and file, if possible, a proposed consent amended scheduling order for the case, consistent with dates given by the Court during the hearing. The Court also asked the parties to attempt to agree on the scope of any additional discovery.

The parties have represented to this Court that they have conferred and have agreed on all aspects of an amended scheduling order, except the issues of whether Defendant may name new expert witnesses and whether or not new written discovery may be propounded. The United States intends to file a motion about those issues and other potential issues dealing with discovery. Nevertheless, the parties have agreed on the following:

1. On or before **June 29, 2012,** the parties shall supplement their disclosures and discovery pursuant to Rule 26(e) of the

Federal Rules of Civil Procedure. Also on or before **June 29, 2012,** the parties shall notify each other which of their experts they intend to rely on during the retrial. Any expert not so disclosed shall be excluded at trial. This deadline does not authorize, however, the naming of new experts (or the propounding of new discovery). Upon an appropriate motion, the Court will determine whether any new experts identified can testify at trial and whether new written discovery requests may be issued. Both parties have reserved their right to argue these issues to the Court.

    2.   Limited discovery will be allowed until **July 31, 2012.** The scope of this discovery will be limited to any supplements made by the parties after June 1, 2009, the original date on which discovery ended. Any depositions shall be limited to 4 hours each, and shall only be in connection with information that was disclosed after June 1, 2009.

    3.   The parties shall participate in mediation in good faith no later than **August 31, 2012.** If, by June 29, the parties cannot agree on who the mediator will be, the parties shall notify the Court immediately, and the Court will take appropriate action.

    4.   The parties shall file any dispositive motions by **August 31, 2012.**

    5.   The parties shall serve their final pretrial disclosures no later than **September 17, 2012.**

    6.   The parties shall file any motions in limine no later

than **October 15, 2012.**

7. The parties shall file responses to all dispositive motions and motions in limine no later than 21 calendar days after the filing of such motion; and replies shall be filed no later than 14 calendar days thereafter. It is noted that these response times are more generous than the local rules provide. Therefore, the Court does not anticipate granting any extensions of time for motions, responses and replies. If necessary, the Court will hold hearings on such motions after they have been briefed.

8. The final pretrial briefs, exhibit lists and witness lists shall be filed with the court no later than **December 14, 2012.**

9. Jury selection will begin on January 3 or 4, 2013. Opening statements and presentation of evidence will begin on January 7, 2013. The United States has indicated that it believes the trial will last 3-4 weeks; Defendant has indicated that it believes the trial will last 4-6 weeks.

**SO ORDERED** this 19th day of June, 2012.

/s/ Margaret B. Seymour
CHIEF UNITED STATES DISTRICT JUDGE

Columbia, South Carolina

Consented to by:

/s/ G. Norman Acker, III
/s/ E. Bart Daniel