

THE HONORABLE MARGARET B. SEYMOUR
TERM COMMENCING **JANUARY 7, 2013**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA AND ROCK HILL DIVISIONS

Please take notice that a term of court commencing **January 7, 2013**, has been set by the Honorable Margaret B. Seymour.

**SEE ORDER TO CONDUCT MEDIATION on the Court's Internet site at http://www.scd.uscourts.gov.**

Juries for all cases to be tried during the term will be drawn at **10:00 a.m., Monday, January 7, 2013 at the United States District Courthouse, 901 Richland Street, Columbia, South Carolina. All counsel must be present at 9:30 a.m. on Monday, January 7, 2013.** The jury list will be available on Friday, December 28, 2012.

THERE WILL BE **NO BAR MEETING**. In cases which have not been assigned a day certain trial, counsel shall file (use the event "Reply Not to a Motion") with the Clerk, **NO LATER THAN DECEMBER 6, 2012**, a document containing the following information:

1.      Expected length of trial.

2.      Dates for which protection requested (with reasons).

3.      Any requests for day certain trial or advance notice of trial date (with reasons).

4.      Any reasons why the case cannot be tried during the term.

A copy of this document must be served on all counsel and any unrepresented parties.

Trial briefs are to be submitted in all cases for trial on or before December 28, 2012, pursuant to and in accordance with Local Rule 26.05 D.S.C. A copy of Local Rule 26.05 is available in the Clerk's office or on the Court's Internet site at http://www.scd.uscourts.gov. SEE THE INSTRUCTIONS RE: PROPOSED JURY CHARGES TO BE SUBMITTED WITH TRIAL BRIEFS on the Court's Internet site at http://www.scd.uscourts.gov under Judge Margaret B. Seymour's specific Court Information..

**Requests for strikes for cause must be submitted by 12:00pm two (2) business days prior to jury selection.**

The court will submit written interrogatories to the jury venire for the January 2013 term. Copies of the responses will be available for purchase at **Franklin's Printing, (803) 252-6310**, beginning December 28, 2012. The originals of the responses will be available for review at the Clerk's office beginning December 28, 2012. Attorneys and parties must submit a "Juror Questionnaire Request Form" for review and approval prior to reviewing or purchasing the Questionnaires. You may obtain additional forms from the Jury Administrator at the Clerk's Office. After completion, a deputy clerk must approve the form, and the Clerk will maintain the original in the venire file and return the copy to

you.  You must present the approved form to the printer to purchase the questionnaires.  The information contained in the questionnaires is to be used solely for evaluating potential jurors for jury service for your case and is not to be used or distributed for any other purpose.  Any person seeking to obtain this information for any other purpose must petition the court for permission.  If you have any questions about this procedure, ***please call Karen Cox, Jury Clerk, at (803)253-3997.***  THESE INTERROGATORIES WILL NOT BE REPEATED AT JURY SELECTION.

In accordance with the provisions of 28 U.S.C. § 636(c), you are hereby notified that the United States Magistrate Judges of this District Court, in addition to their other duties, may, upon consent of all parties in a civil action, and with the approval of the District Judge, conduct any or all proceedings, including a jury or non-jury trial, and order the entry of a final judgment.  If you desire to utilize this procedure, the completed consent form must be submitted to the Clerk's office no later than, Monday, December 17, 2012.  A copy of this form is available at the Clerk's office or on the Court's Internet site at http://www.scd.uscourt.gov.

If any cases are settled, please file a Notice of Settlement.  If you have any questions concerning this calendar, please contact Angie Snipes in the Columbia Clerk's Office at (803)253-3489.

BY DIRECTION OF THE COURT

LARRY W. PROPES, CLERK

November 26, 2012

JANUARY 2013 TRIAL ROSTER
COLUMBIA AND ROCK HILL DIVISIONS
THE HONORABLE MARGARET B. SEYMOUR
CHIEF UNITED STATES DISTRICT JUDGE

| Case No. | Case Caption | Attorneys |
|---|---|---|
| CA 3:05-2858 | Michael K Drakeford, MD (Plaintiff) | G Norma Acker<br>Kevin Mitchell Barth<br>Nicholas Lewis<br>Sandra LW Miller |
| | USA et rel (Plaintiff) | G Norman Acker<br>Tracy L Hilmer |
| | Womble Carlyle Sandridge & Rice (Movant) | Brent OE Clinkscale<br>Sandra LW Miller |
| | Wesmark Ambulatory Surgery Center LLC (Movant) | Franklin Greene |
| | MD James Arthur Goodson, III (Movant) | Joseph P Griffith , Jr |
| | Kim Saccone (Movant) | Noah M Hicks , II |
| | Douglas Cardinal (Movant) | Noah M Hicks , II |
| | Vs.<br>Tuomey<br>d/b/a Tuomey Heathcare System Inc (Defendant) | Arthur Camden Lewis<br>Edward Bart Daniel<br>James Mixon Griffin<br>Margaret Nicole Fox<br>William Jonathan Harling |

| | | |
|---|---|---|
| CA 3:10-2089 | Sharon Roscoe<br>(Plaintiff) | John Shannon Nichols<br>Robert V Phillips |
| | Robert Roscoe<br>(Plaintiff) | John Shannon Nichols<br>Robert V Phillips |
| | Vs.<br>Worksman Trading Corporation<br>d/b/a Worksman Cycles<br>(Defendant) | Pope D Johnson , III |

| | | |
|---|---|---|
| CA 3:10 3132 | Lakeisha J Govan<br>(Plaintiff) | J Scott Kozacki |
| | Vs.<br>Caterpillar Inc<br>(Defendant) | Vance J Bettis |

| | | |
|---|---|---|
| CA 3:11-0348 | Albert Milligan<br>(Plaintiff) | Jennifer Randolph Purdy |
| | Vs.<br>Salem Leasing Corporation<br>d/b/a Salem Nationalease<br>(Defendant, Cross Defendant) | Peter Edward Farr<br>Ronald B Diegel |
| | Young's Truck Center Inc<br>d/b/a Advantage Truck Leasing<br>(Defendant, Cross Claimant<br> Third Party Plaintiff) | Harry Clayton Walker , Jr<br>Marcus Keith Gore |
| | Vanliner Insurance Company<br>(Third Party Defendant) | Aaron Jameson Hayes<br>Mark Steven Barrow<br>William Roberts Calhoun , Jr |
| | Samac Enterprises Inc<br>f/k/a Service Express Inc<br>(Third Party Defendant) | Martin Kyle Thompson |

| | | |
|---|---|---|
| CA 3:11-0472 | The Skyline Club Inc<br>(Plaintiff, Counter Defendant) | William Jonathan Harling |
| | Vs.<br>DIRECTV Inc<br>(Defendant, Third Party Plaintiff<br> Counter Claimant) | Gregory Milam Alford |
| | Janice E Gulbis etc<br>(Third Party Defendant) | William Jonathan Harling |

| | | |
|---|---|---|
| CA 3:11 0717 | Brandon French<br>(Plaintiff) | Benjamin A Dunn , II |
| | Vs.<br>Richland County Sheriff's Department<br>(Defendant) | Robert David Garfield<br>William Henry Davidson , II |
| | Richland County<br>(Defendant) | Robert David Garfield<br>William Henry Davidson , II |

| | | |
|---|---|---|
| CA 3:11-1574 | Willie James Lenard<br>(Plaintiff) | Ernest Latony Dessausure<br>Stephanie Ruotolo Fajardo<br>Jerry Leo Finney |
| | Vs.<br>Robert Scott, individually<br>(Defendant) | Robert David Garfield |
| | Leon Lott, in in his Official Capacity<br>as Sheriff of Richland County<br>(Defendant) | Robert David Garfield |

# SPECIAL INSTRUCTIONS

# MARGARET B. SEYMOUR

## JURY LISTS AND QUESTIONNAIRES

• **JURY LIST.** A copy of the jury list will be available from the Clerk of Court seven (7) days prior to jury selection.

• **JUROR QUESTIONNAIRES.** Pursuant to Local Civil Rule 47.02, this district requires jurors to complete an extensive juror questionnaire. A sample Juror Questionnaire is available on the district's web site (www.scd.uscourts.gov). The juror questionnaire is intended to: (1) provide more thorough information to counsel than would otherwise be available and ; (2) minimize the time necessary to conduct *voir dire*.

The completed juror questionnaires are available for purchase at Franklin's Printing, 1114 Washington Street, Columbia, SC 29201 (803-252-6310) beginning seven (7) days prior to jury selection. Copies will also be available for review in the Clerk of Court's office during the same period. To protect the privacy of jurors, prior approval must be obtained on a JURY QUESTIONNAIRE REQUEST FORM to secure the questionnaires. *See* Local Civil Rule 47.02

## STRIKING THE JURY

If you intend to request to strike any juror for cause based on responses to the juror questionnaires, you must submit a list of the intended strikes to the court **no later than 12:00 noon two (2) business days prior to the date set for jury selection.** Attached is a REQUEST TO STRIKE JURORS FOR CAUSE FORM which you may use for this purpose. This form may be completed by hand, but must contain all requested information. It is also available in a fillable PDF format on the district's web site (www.scd.uscourts.gov) in Judge Seymour's calendar attachments. Please note: this form should be e-filed but should not contain the juror's name.

To speed the jury selection process, any jurors who appear on the strike-for-cause lists of both sides of any case for the same grounds may be excused/stricken prior to reporting for jury selection. In order for this process to work effectively, **all requests to strike jurors for cause must be timely submitted.**

# REQUEST TO STRIKE JURORS FOR CAUSE FORM
## BASED ON RESPONSES TO COURT'S QUESTIONNAIRES

| Case Name: |
| Case Number: |
| Requesting Party: |

| Juror Number *(in numerical order)* | Question at Issue *(number)* | Concern *(if not self-evident)* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

_____
Signature of Counsel of Record

_____
Printed Name of Counsel of Record

Federal ID Number: _____