IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| United States of America, ex rel. Michael K. Drakeford, M.D., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Tuomey d/b/a Tuomey Healthcare Systems, Inc., )<br>)<br>Defendant. )<br>_____) | C/A No. 3:05-2858-MBS<br><br>**JURY VERDICT FORM** |

A.  **AS TO THE STARK LAW**:

   1.  Did Defendant Tuomey violate the Stark Law?

   **X**   YES - Answer Questions B1

   _____  NO - Stop deliberations


B.  **AS TO THE FALSE CLAIMS ACT**:

   1.  Did Defendant Tuomey violate the False Claims Act?

   **X**   YES - Answer Questions 2 <u>and</u> 3

   _____  NO - Stop deliberations

   2.  If Tuomey violated the False Claims Act, how many claims were submitted in violation of the False Claims Act? (Please include words and numbers in your answer.)

   21,730

   Twenty one thousand seven hundred thirty

3.  If Tuomey violated the False Claims Act, what is the total monetary value of those claims listed in response to Question 2 above? (Please include words and numbers in your answer.)

Thirty nine million three hundred thirteen sixty five ($ 39,313,065)



Signature of Foreperson

Printed name of Foreperson

Columbia, South Carolina

May 8, 2013