# Attachment 1

Sumter Community Support Letters

# Sumter County Legislative Delegation

June 4, 2013

### Resolution

**WHEREAS**, the Sumter County Legislative Delegation is made up of individuals elected to pursue and protect the best interests of the community; and

**WHEREAS**, health care needs are among the most pressing and important needs present within the Sumter region; and

**WHEREAS**, the citizens in proximity to Sumter have for almost one hundred years benefitted from the service of Tuomey; and

**WHEREAS**, Tuomey has been the sole source of full spectrum specialty health care services in the community for many years; and

**WHEREAS**, the Sumter area is home to Shaw Air Force Base and hosts numerous Air Force commands as well as the headquarters for the Third US Army; and

**WHEREAS**, thousands of service members and their dependents rely upon Tuomey for their care needs since the United States closed its on-base full service hospital shortly after the year 2000 and instead elected to rely on Tuomey for such needs; and

**WHEREAS**, lives depend on the presence of Tuomey, its specialists, and its emergency room; and

**WHEREAS**, there is no ready replacement should the operation of Tuomey's trauma center be compromised since one must travel to Columbia, Florence or Charleston to find equal services; and

**WHEREAS**, Tuomey serves over 150,000 patients per year, including some roughly 60,000 seen in the Emergency Department; and

**WHEREAS**, Tuomey is a non-profit entity fulfilling a charitable mission with the services it provides in Sumter; and

**WHEREAS**, the region served by Tuomey is particularly in need of such non-profit, mission driven care because of economic distress, high unemployment, and relatively low levels of employer provided insurance benefits; and

**WHEREAS**, the unemployment rate in the Sumter area exceeds eight (8%) percent; and

**WHEREAS**, the Tuomey patient base presents a challenging payor mix, with roughly fifty (50%) percent covered by Medicare, another nearly eighteen (18%) percent covered by Medicaid, and roughly seven (7%) covered by Tricare; and

**WHEREAS**, another approximately twelve (12%) percent of Tuomey's service community is estimated to be uninsured; and

**WHEREAS**, Tuomey has long been committed to providing service to all comers without regard to ability to pay; and

**WHEREAS**, Tuomey has supported community health outreach initiatives; and

**WHEREAS**, as a result of its charitable mission, Tuomey also provides numerous other service lines that are vital to the community, and such service lines include, but are not limited to, inpatient dialysis services, inpatient chemotherapy services, OB/GYN services, a wound center, inpatient pediatric services, inpatient psychiatric services, a charity program and the Safe Kids program; and

**WHEREAS**, Tuomey's level of commitment to serving all those in need is possible only because of its charitable mission and would be jeopardized if the hospital were purchased or operated by a for-profit entity; and

**WHEREAS**, the Legislative Delegation further believes that certain services currently provided by Tuomey due to its non-profit mission would be jepardized if Tuomey were replaced by a for-profit entity; and

**WHEREAS**, it is our current understanding that Tuomey provided in excess of twelve ($12,000,000.00) million dollars of charity care in 2012 alone, and over ninety ($90,000,000.00) million dollars of charity care looking back through 2005; and

**WHEREAS**, the Legislative Delegation wishes in the strongest possible terms to express the community's need for Tuomey.

**BE IT RESOLVED THAT WE**, the undersigned members of the Sumter County Legislative Delegation declare the vital importance of the Tuomey Healthcare System to the health and well-being of the citizens of Sumter and request that any action that might undermine this be abated.

_____
The Honorable K. L. Johnson

_____
The Honorable J. D. Weeks

_____
The Honorable J. H. Neal

_____
The Honorable G. M. Smith, Jr.

_____
The Honorable J. McElveen III

_____
The Honorable G. A. Brown



32 E. Calhoun St.     ✧     Sumter, SC 29150 ✧     (803) 418-0700

June 4, 2013

**The Honorable Margaret B. Seymour**
**Senior U.S. District Judge**
**Matthew J. Perry, Jr. Courthouse**
**901 Richland Street**
**Columbia, SC 29201**

**Dear Judge Seymour:**

Our mission at the Sumter Development Board is to grow per capita income in our community through job creation and capital investment. Since 1957 we have done this by recruiting new companies to our community, by facilitating growth in our existing industries, and by encouraging an overall pro-growth climate for business. Of course the intent of all this is to systematically increase quality of life in Sumter.

It is with our community's quality of life in mind that we send this letter of support for Tuomey Healthcare System. With the possible exception of our public schools system, there is perhaps no other single organization that has such a great impact on the well-being of our community, on our health, on our culture and on our economy. Just to name a few impacts, Tuomey is the backbone of our surging central business district, provides healthcare to Shaw Air Force Base, is the largest financial investor in our smarter growth campaign, and is the hub for a regional healthcare system with a massive impact on our economy.

Here are just a few ways that Tuomey Healthcare System makes our community and our economy stronger:

- Tuomey directly employs nearly 1,700 people, with the average wage far exceeding the average Sumter County wage. When one considers the indirect jobs and impact of Tuomey, that number swells considerably, accounting for about 5,000 local jobs and a financial impact of somewhere near $500 million.  Five-thousand jobs in a community with a workforce of just over 40,000 is massive.

- Tuomey's Industrial Wellness Program is perhaps the latest and most tangible example of the hospital's support for our mission. The Development Board's existing industry program saw a growing need among local business to cut emergency healthcare costs. Many of our local businesses were sending injured workers to Tuomey's emergency room for even minor events, but had no better plan. With the problem identified, we collaborated with the hospital, the local Chamber of Commerce and Central Carolina Technical College and created an occupational health and safety program that has cut costs dramatically. Tuomey's revenues from this program are insignificant; it assisted us in the creation of this program solely because it wants the same things we want: a healthier, growing community.

- Tuomey Healthcare System was a founding member of the Sumter Smarter Growth Initiative (SSGI), the Development Board's private-sector partner in creating jobs and luring investment. The SSGI supports local economic development by providing a quarter of the Development Board's annual budget, in addition to funding numerous other extra-budgetary endeavors, such as professional services, product development and marketing.  To this day Tuomey remains the SSGI's largest investor, and directly impacts an improving economy in our community.

It is nearly impossible to overstate the importance of Tuomey Healthcare System on Sumter County. It is one of our oldest, most trusted local institutions and has helped people live better lives for 100 years. We wholeheartedly support Tuomey Healthcare System. It is more than just a local hospital. It is our major partner in the quest to increase the quality of life for our people.


Sincerely,

*[signature: John M. Schwedler]*

Jay Schwedler,
President & CEO



32 E. Calhoun St.     ✧     Sumter, SC 29150     ✧     (803) 418-0700

**June 4, 2013**

**The Honorable Margaret B. Seymour**
**Senior U.S. District Judge**
**Matthew J. Perry, Jr. Courthouse**
**901 Richland Street**
**Columbia, SC 29201**

**Dear Judge Seymour:**

When a committee of local businesspeople set about creating a private-sector foundation to assist in local job creation, it first set its sights on Tuomey Healthcare System. The committee members knew if it could get Tuomey's buy-in for this endeavor, others would follow. The strategy worked. With Tuomey as a partner, the effort gained credibility and gravitas.

We are pleased to report that Tuomey not only supported our effort to assist the public sector in economic development, it embraced it. As the largest single investor in our private-sector campaign, Tuomey is a community leader we cannot do without. Its initial leadership is why we exceeded our initial fundraising goal and reaped $1.5 million in investment. Its continued leadership is why we in Sumter County are being more successful than ever at economic development.

The Sumter Smarter Growth Initiative was founded under the concept that the public sector cannot, and should not, do it alone. We are all on the same team, and all of us want a growing, vibrant community. With that in mind, the SSGI has spent more than $1 million over the last seven years to reach this end. We have little doubt that if Tuomey did not support the SSGI, the local effort would wither, and ultimately, fail. It is more than just a critical partner; it is a foundational entity.

The SSGI enables Sumter Economic Development (which includes the City of Sumter, Sumter County Government, and the Sumter Development Board) to be better at what it does: luring investment to our community and facilitating the creation of jobs. And Tuomey empowers the SSGI.

Without hesitation we voice support for Tuomey Healthcare System, and underscore its incredible importance not only to our mission, but to the very well being of our community.

Sincerely,

*Jay M. Schwedler*

Jay Schwedler,
President & CEO