# <u>Attachment 4</u>

Reuben Steck's First Trial Testimony

(Steck – Direct)                         1268

1          (Plaintiff's Exhibits 546 and 547 received)

2          MR. ACKER:  Thank you.

3    BY MR. ACKER:

4    Q.  If you could put up Exhibit 546.  Mr. Steck, if -- if I

5    could have the last bottom right-hand number highlighted.

6        Mr. Steck, what does this number on this chart,

7    $7,359,304, represent?

8    A.  That $7.3 million represents the amounts paid to the

9    hospital for claims that occurred on the same date and for the

10   same patient as physician claims that were submitted by the

11   practice groups, the Tuomey practice groups.

12   Q.  Those four Tuomey program groups that had part-time

13   contracts with the physicians?

14   A.  That's correct.

15   Q.  And --

16   A.  Broken up by those physicians who had the part-time

17   contracts.

18   Q.  Okay.  And do you recall the number of the total amount of

19   claims related to these -- excuse me.  Do you recall the

20   number of the total amount of claims, total value of the

21   claims paid to Tuomey in relation to these 18 physicians

22   regardless of whether or not it related to the part-time

23   contracts?

24   A.  If I can look at the previous exhibit, I could.

25   Q.  Yes, please do.

(Steck — Direct)                    1269

1    A.   The total was 44,888,601.

2    Q.   And is it fair to say that this $7 million number on the

3    chart that's up is a subset of the 44 million?

4    A.   That's correct.

5    Q.   And the 7 million only relates to the part-time contract

6    services?

7    A.   That's correct.

8    Q.   If you can put up Exhibit 547 and if you could highlight

9    the bottom right-hand number.  And what does this number,

10   13,020, represent?

11   A.   That number represents the count of the claims that met

12   the criteria we were talking about, specifically the

13   relationship between physician services rendered through the

14   practice groups and the physicians who had part-time

15   contracts.

16   Q.   And so this number only relates to the services billed by

17   Tuomey in connection with the services provided under the

18   part-time contracts?

19   A.   That's correct.

20   Q.   And that's a subset of the larger number on the previous

21   Exhibit that you looked at?

22   A.   Yes, it is.

23   Q.   And were the summaries that you made on Exhibits 546 and

24   547 done to a reasonable degree of certainty?

25   A.   Yes, they were.