FILED: June 3, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2219
(3:05-cv-02858-MBS)
_____

UNITED STATES EX REL. MICHAEL K. DRAKEFORD, M.D.,

    Plaintiff – Appellee,

v.

TUOMEY, d/b/a Tuomey Healthcare System, Inc.,

    Defendant – Appellant,

------------------------------

AMERICAN HOSPITAL ASSOCIATION; SOUTH CAROLINA HOSPITAL ASSOCIATION,

    Amici Supporting Appellant.

_____

O R D E R
_____

Upon consideration of submissions relative to the motion for stay of judgment pending appeal, the court remands the motion for stay to the district court for consideration of the parties' new positions on the motion. The district court

should thereafter enter a new order regarding the motion for stay fully explaining its reasoning.

The parties shall file a status report with this court in 30 days.

For the Court

/s/ Patricia S. Connor, Clerk